| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 20 Mins. | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR 11/7/07 10:03:05-10:23:35 | |
| MAGISTRATE JUDGE<br>WAYNE D. BRAZIL | DATE<br>11/7/07 | | NEW CASE ☐ | CASE NUMBER<br>4-07-70640-WDB |

### APPEARANCES

| DEFENDANT<br>JOSE DE JESUS GUZMAN-BAEZ | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Hilary Fox | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Keslie Stewart for Deborah Douglas | INTERPRETER<br>Angela Zawadski (Spanish Int.) | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>20 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED NOV 7 - 2007**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 11/7/07 | ☒ ADVISED OF CHARGES 11/7/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | | | | | |
|---|---|---|---|---|---|

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>11/13/07 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ DETENTION HEARING *OR STATUS* | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. moved to unseal the Criminal Complaint and Affidavit - motion GRANTED. The deft. was given a fin. affidavit form by the Clerk. The govt's atty. provided the Court with a copy of the detainer that has been lodged on the deft. by ICE (Immigration and Customs Enforcement).

cc: WDB's Stats, Pretrial

DOCUMENT NUMBER:

| U.S. Department of Homeland Security | |
|---|---|
| Bureau of Immigration & Customs Enforcement | **Immigration Detainer - Notice of Action** |

| To: (Name and title of institution) | From: (ICE office address) |
|---|---|
| CUSTODIAN OF RECORDS, HOLDS/WARRANTS/DETAINERS, CALIFORNIA DEPT. OF CORRECTIONS, OR ANY COUNTY JAIL UNITED STATES MARSHALS SERVICE OR ANY SUBSEQUENT LAW ENFORCEMENT AGENCY | U.S. DEPARTMENT OF HOMELAND SECURITY Immigration & Customs Enforcement 1500 Broadway, Suite 200 Oakland, CA 94612 |

| Name of Alien (ICE): GUZMAN-Baez, Jose De Jesus | | Name of Alien (Institution): Same as ICE | |
|---|---|---|---|
| Date of Birth: 06/09/1972 | Nationality: Mexico | Offense (NCIC): Title 8 USC 1324 | File No: A94 812 537 |
| CII: | BOP No: | Date Sentenced: | Date Detainer Filed: 11/06/2007 |
| FBI: | PFN: | Sentence Length: | Interview Date: 11/06/2007 |
| Institution No: | Sex: ☒ Male ☐ Female | Ag Felony: ☐ Yes ☒ No ☐ DO ☐ DR ☐ OT | ERD: |

You are advised that the action noted below has been taken by the Immigration and Customs Enforcement concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
   (Date)
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
   (Date)
☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work or quarters assignments, or other treatment which he or she would otherwise receive. If you have any further questions regarding this matter, please contact the ICE official named below at (510) 267-3841 during normal business hours.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
   ☐ A self-addressed stamped envelope is enclosed for your convenience.
   ☐ Please return a signed copy via facsimile to (510) 267-3870.
       Return fax to the attention of    Michael Barge
                                    (Name of ICE officer handling case)
☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____.

RECEIVED
NOV 7 - 2007
WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Michael Barge                                          Special Agent
    (Signature of ICE official)                        (Title of ICE official)

Receipt acknowledged:

Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form SFR/I-247 (Rev. 6-1-99)N