SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR4-07-70640 WDB |
|             Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
|             v. ) | |
| JOSE De JESUS GUZMAN-BAEZ, ) | |
|             Defendant. ) | |

      Plaintiff United States of America, by and through its counsel of record, and defendant Jose De Jesus Guzman-Baez, by and through his counsel of record, Martin Resendez Guajardo, Esq., hereby stipulate as follows:

      1.   On November 7, 2007, defendant was initially presented on the above-captioned criminal complaint after his arrest on November 6, 2007. Assistant Federal Public Defender Hilary Fox was provisionally appointed to represent the defendant. On November 13, 2007, AFPD Fox stated on the record that defendant intended to retain private counsel. On November 20, 2007, attorney Martin Guajardo specially appeared on behalf of the defendant and waived the timing of the preliminary hearing or arraignment on an indictment to Monday, December 3, 2007, at 10 a.m.

STIPULATION AND ORDER

1       2. By order dated November 28, 2007, this Court approved the parties' stipulation continuing the matter from December 3, 2007 to December 10, 2007 for identification of counsel and a preliminary hearing or arraignment on an indictment, and excluding time under the Speedy Trial Act from the date the order was signed through December 10, 2007.

       3. The parties stipulate and request that this matter be continued from Monday, December 10, 2007, to Tuesday, December 18, 2007, at 10 a.m. to allow the parties the opportunity to resolve this case prior to indictment. A continuance will also provide the defendant with an opportunity to pursue appointment of retained counsel to generally represent him in these proceedings. Attorney Martin Resendez Guajardo, who specially represents the defendant, has reviewed the discovery and proposed plea agreement and has arranged a meeting to discuss these documents with an experienced criminal attorney whom defendant seeks to retain. Defendant needs additional time for effective preparation and continuity of counsel.

       4. For the foregoing reasons, the parties stipulate and agree that the ends of justice served by the continuance requested outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and adequate time to prepare, taking into account the exercise of due diligence, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The parties therefore stipulate and agree that the time from December 10, 2007 through December 18, 2007 should be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. §§ 3161(b) and (h).

Dated:   12/4/07                          /S/
                                          DEBORAH R. DOUGLAS
                                          Assistant United States Attorney

Dated:   12/4/07                          /S/
                                          MARTIN RESENDEZ GUAJARDO, Esq.
                                          Attorney for Defendant

STIPULATION AND ORDER

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT this matter, currently scheduled for December 10, 2007, shall be continued to December 18, 2007, at 10 a.m. for identification of counsel and a preliminary hearing or arraignment on an information or indictment, and that the time from December 10, 2007 through December 18, 2007 shall be excluded in computing the time within which an information or an indictment must be filed pursuant to 18 U.S.C. §§ 3161(b) and (h).

IT IS SO ORDERED.

Dated:_____                    _____
                                  HONORABLE WAYNE D. BRAZIL
                                  United States Magistrate Judge

STIPULATION AND ORDER