1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,          )    No. CR4-07-70640 WDB
                                      )
          Plaintiff,                  )    STIPULATION AND ORDER FOR
14                                    )    CONTINUANCE AND EXCLUSION OF
          v.                          )    TIME UNDER THE SPEEDY TRIAL
15                                    )    ACT, 18 U.S.C. § 3161 ET SEQ.
   JOSE De JESUS GUZMAN-BAEZ,         )
16                                    )
          Defendant.                  )
17 _____)

18

19     Plaintiff United States of America, by and through its counsel of record, and defendant Jose

20 De Jesus Guzman-Baez, by and through his counsel of record, Martin Resendez Guajardo, Esq.,

21 hereby stipulate as follows:

22     1.  On November 7, 2007, defendant was initially presented on the above-captioned

23 criminal complaint after his arrest on November 6, 2007. Assistant Federal Public Defender Hilary

24 Fox was provisionally appointed to represent the defendant. On November 13, 2007, AFPD Fox

25 stated on the record that defendant intended to retain private counsel. On November 20, 2007,

26 attorney Martin Guajardo specially appeared on behalf of the defendant and waived the timing of

27 the preliminary hearing or arraignment on an indictment to Monday, December 3, 2007, at 10 a.m.

28

STIPULATION AND ORDER

1   2. By order dated November 28, 2007, this Court approved the parties' stipulation continuing the matter from December 3, 2007 to December 10, 2007 for identification of counsel and a preliminary hearing or arraignment on an indictment, and excluding time under the Speedy Trial Act from the date the order was signed through December 10, 2007.

3. The parties stipulate and request that this matter be continued from Monday, December 10, 2007, to Tuesday, December 18, 2007, at 10 a.m. to allow the parties the opportunity to resolve this case prior to indictment. A continuance will also provide the defendant with an opportunity to pursue appointment of retained counsel to generally represent him in these proceedings. Attorney Martin Resendez Guajardo, who specially represents the defendant, has reviewed the discovery and proposed plea agreement and has arranged a meeting to discuss these documents with an experienced criminal attorney whom defendant seeks to retain. Defendant needs additional time for effective preparation and continuity of counsel.

4. For the foregoing reasons, the parties stipulate and agree that the ends of justice served by the continuance requested outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and adequate time to prepare, taking into account the exercise of due diligence, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The parties therefore stipulate and agree that the time from December 10, 2007 through December 18, 2007 should be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. §§ 3161(b) and (h).

Dated:  12/4/07                     /S/
                                    DEBORAH R. DOUGLAS
                                    Assistant United States Attorney

Dated:  12/4/07                     /S/
                                    MARTIN RESENDEZ GUAJARDO, Esq.
                                    Attorney for Defendant

STIPULATION AND ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT this matter, currently scheduled for December 10, 2007, shall be continued to December 18, 2007, at 10 a.m. for identification of counsel and a preliminary hearing or arraignment on an information or indictment, and that the time from December 10, 2007 through December 18, 2007 shall be excluded in computing the time within which an information or an indictment must be filed pursuant to 18 U.S.C. §§ 3161(b) and (h).

IT IS SO ORDERED.

Dated: December 6, 2007

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION AND ORDER