AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

---

**OFFENSE CHARGED**

Violation: 8 U.S.C. § 1324a (a)(1)(A)(iii) [Harboring of Illegal Alien]; 18 U.S.C. § 1546 (a) [Possession of Counterfeit Immigration Document]; 42 U.S.C. § 408(a)(7)(B) [Fraudulent Use of Social Security Number]

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Count 1 & 3- Five years imprisonment, three years supervised release, $250,000 fine, and $100 special assessment.
Count 2- Ten years imprisonment, three years supervised release, $25,000 fine, and $100 special assessment.

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70640WDB

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) DEBORAH R. DOUGLAS, AUSA

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
▶ JOSE DE JESUS GUZMAN-BAEZ

DISTRICT COURT NUMBER
CR07-0794 DLJ

E-filing

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☑ Yes ☐ No  } If "Yes" give date filed 11/6/2007

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year 11/7/2007

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

DLJ

CR07-0794

UNITED STATES OF AMERICA,

V.

JOSE DE JESUS GUZMAN-BAEZ, a/k/a Jose De Jesus Guzman, a/k/a Jose Guzman, a/k/a Pepe,

E-filing

**FILED**
DEC 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATIONS: 8 U.S.C. § 1324(a)(1)(A)(iii) [Harboring of Illegal Alien]; 18 U.S.C. § 1546(a) [Possession of Counterfeit Immigration Document]; 42 U.S.C. § 408(a)(7)(B)[Fraudulent Use of Social Security Number]

A true bill.

_____ Foreman

Filed in open court this 13th day of December, 2007

_____ Clerk

Bail, $ No process.

12/13/07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DE JESUS GUZMAN-BAEZ<br>[a/k/a Jose De Jesus Guzman, a/k/a Jose Guzman, a/k/a Pepe],<br><br>Defendant. | Criminal No.: CR07-0794 DLJ<br><br>VIOLATIONS: 8 U.S.C. § 1324(a)(1)(A)(iii) [Harboring of Illegal Alien]; 18 U.S.C. § 1546(a) [Possession of Counterfeit Immigration Document]; 42 U.S.C. § 408(a)(7)(B) [Fraudulent Use of Social Security Number]<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

Beginning at a time unknown, but not later than in or about August 2007, and continuing until on or about November 6, 2007, in the Northern District of California, the defendant,

JOSE DE JESUS GUZMAN-BAEZ,

knowing and in reckless disregard of the fact that an alien, Michel V-P., had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conceal, harbor, and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

INDICTMENT

1  COUNT TWO: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

2        Beginning at a time unknown, but not later than in or about June 2007, and continuing until
3  on or about November 6, 2007, in the Northern District of California, the defendant,

4                 JOSE DE JESUS GUZMAN-BAEZ,

5  knowing and in reckless disregard of the fact that an alien, Leopoldo P. C., had come to, entered, and
6  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,
7  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from
8  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

9  COUNT THREE: (8 U.S.C. § 1324(a)(1)(A)(iii)- Harboring of Illegal Alien)

10        Beginning at a time unknown, but not later than in or about October 2006, and continuing
11  until on or about November 6, 2007, in the Northern District of California, the defendant,

12                 JOSE DE JESUS GUZMAN-BAEZ,

13  knowing and in reckless disregard of the fact that an alien, Maria G-P., had come to, entered, and
14  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,
15  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from
16  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

17  COUNT FOUR: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

18        Beginning at a time unknown, but not later than in or about January 2007, and continuing
19  until on or about November 6, 2007, in the Northern District of California, the defendant,

20                 JOSE DE JESUS GUZMAN-BAEZ,

21  knowing and in reckless disregard of the fact that an alien, Marvin T-G., had come to, entered, and
22  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,
23  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from
24  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

25
26
27
28

INDICTMENT                                                    2

1  COUNT FIVE: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)
2         Beginning at a time unknown, but not later than in or about May 2007, and continuing until
3  on or about November 6, 2007, in the Northern District of California, the defendant,
4                         JOSE DE JESUS GUZMAN-BAEZ,
5  knowing and in reckless disregard of the fact that an alien, Jamie S-S., had come to, entered, and
6  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,
7  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from
8  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).
9  COUNT SIX: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)
10        Beginning at a time unknown, but not later than in or about August 2006, and continuing
11 until on or about November 6, 2007, in the Northern District of California, the defendant,
12                        JOSE DE JESUS GUZMAN-BAEZ,
13 knowing and in reckless disregard of the fact that an alien, Marcelino L., had come to, entered, and
14 remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,
15 and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from
16 detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).
17 COUNT SEVEN: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)
18        Beginning at a time unknown, but not later than in or about June 2007, and continuing until
19 on or about November 6, 2007, in the Northern District of California, the defendant,
20                        JOSE DE JESUS GUZMAN-BAEZ,
21 knowing and in reckless disregard of the fact that an alien, Maria R., had come to, entered, and
22 remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,
23 and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from
24 detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).
25
26
27
28

INDICTMENT                                3

COUNT EIGHT: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

Beginning in or about April 2006, and continuing until on or about November 6, 2007, in the Northern District of California, the defendant,

JOSE DE JESUS GUZMAN-BAEZ,

knowing and in reckless disregard of the fact that an alien, Jesus V-I., had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conceal, harbor, and shield the alien from detection, and attempt to conceal, harbor, and shield the alien from detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

COUNT NINE: (18 U.S.C. § 1546(a) - Possession of Counterfeit Immigration Document)

On or about November 6, 2007, in the Northern District of California, the defendant,

JOSE DE JESUS GUZMAN-BAEZ,

did knowingly possess a forged, counterfeited, altered, and falsely made alien registration receipt card, a document prescribed by statute or regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, and falsely made and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

COUNTS TEN AND ELEVEN: 42 U.S.C. § 408(a)(7)(B) [Fraudulent Use of Social Security Number]

On or about the dates set forth below, in the Northern District of California, the defendant,

JOSE DE JESUS GUZMAN-BAEZ,

purposefully and with intent to deceive, did knowingly use Social Security Number 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 in connection with his filings of Business Tax Declarations with the City of Oakland Business Tax Office on behalf of his business "Pepe's Cabinets," falsely representing that the number was assigned

INDICTMENT                                    4

to him by the Commissioner of Social Security, when in fact such number was not the number assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

| Count | Renewal Tax Year | Date Filed |
|---|---|---|
| 10 | 2003 | 3/5/04 |
| 11 | 2005 | 2/2/05 |

DATED: December 13, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA Deborah R. Douglas

INDICTMENT                    5