AMENDED PENALTY SHEET

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Violation: 8 U.S.C. § 1324a (a)(1)(A)(iii)
[Harboring of Illegal Alien];18 U.S.C. § 1546
(a)[Possession of Counterfeit Immigration
Document]; 42 U.S.C. § 408(a)(7)(B)
[Fraudulent Use of Social Security Number]

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Counts 1 through 8 ,10, 11- Five years imprisonment, three years
supervised release, $250,000 fine, $100 special assessment.
Count 9- Ten years imprisonment, three years supervised release
$250,000 fine, and $100 special assessment.

**DEFENDANT - U.S.**

▶ JOSE DE JESUS GUZMAN-BAEZ

DISTRICT COURT NUMBER

CR07-0794 DLJ

*FILED*
*DEC 14 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:       SHOW
☐ U.S. Att'y ☐ Defense   DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant       MAGISTRATE
CASE NO.
☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under   4-07-70640WDB

Name and Office of Person
Furnishing Information on
THIS FORM       **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   DEBORAH R. DOUGLAS, AUSA

---

**DEFENDANT**

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges      } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☑ Yes   If "Yes"
been filed?    ☐ No    give date
filed    11/6/2007

**DATE OF
ARREST**   Month/Day/Year

Or... If Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**   Month/Day/Year
11/7/2007

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time: _____

Before Judge: _____

Comments: