1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DEBORAH R. DOUGLAS (NYBN 2099372)
    Assistant U.S. Attorney
5
    1301 Clay Street (Suite 340S)
6   Oakland, CA, 94612
    Telephone: (510) 637-3680
7   Telefax: (510) 637-3724

8   Attorneys for Plaintiff

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12
    UNITED STATES OF AMERICA,              )
13                                         )
                Plaintiff,                 )    No. CR07-0794 DLJ
14                                              [Filed December 13, 2007]
                    v.
15                                         )
                                           )
16  JOSE DE JESUS GUZMAN-BAEZ              )
    (a/k/a Jose De Jesus Guzman,           )
17  a/k/a Jose Guzman, a/k/a Pepe),        )
                                           )
18              Defendant.                 )
                                           )
19  ───────────────────────────────       )
                                           )
20  UNITED STATES OF AMERICA,              )
                                           )
21              Plaintiff,                 )    No. CR07-0797 WDB
                                           )    [Filed December 14, 2007]
                    v.                     )
22                                         )    NOTICE OF RELATED CASE
    JOSE DE JESUS GUZMAN-BAEZ                   IN A CRIMINAL ACTION
23  (a/k/a Jose De Jesus Guzman,           )
    a/k/a Jose Guzman, a/k/a Pepe),        )
24                                         )
                Defendant.                 )    (Oakland Venue)
25  ───────────────────────────────       )

26
        The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court
27
    that the two above-captioned criminal cases are related, and respectfully request that the Honorable
28
    D. Lowell Jensen, United States District Judge, preside over both matters.

1.  On October 29, 2007, a Criminal Complaint charged defendant with Harboring Illegal Aliens (8 U.S.C. § 1324[a][1][A][iii]), Employment of Illegal Aliens (8 U.S.C. § 1324a[a][1][A]), and Continuing Employment of Illegal Aliens (8 U.S.C. § 1324a[a][2]).

2.  On December 13, 2007, a federal grand jury returned an indictment charging defendant with eight counts of Harboring an Illegal Alien (8 U.S.C. § 1324[a][1][A][iii]), one count of Possession of Counterfeit Immigration Document (18 U.S.C. § 1546[a]), and two counts of Fraudulent Use of Social Security Number (42 U.S.C. § 408(a)(7)(B), under docket no. CR07- 0794 DLJ (see Exhibit A).

3.  On December 14, 2007, an Information charged defendant with eight counts of Employment of Illegal Aliens (8 U.S.C. § 1324a[a][1][A]), and eight counts of Continuing Employment of Illegal Aliens (8 U.S.C. § 1324a[a][2]), under docket no. CR07-0797 WDB (see Exhibit B).

4.  The cases are related within the meaning of Local Rule 8-1(b)(1) because both actions involve the same defendant, and the same events, occurrences, transactions, and property.   The indictment charges defendant with harboring eight illegal aliens, and the information charges defendant with employing, and continuing to employ, the same illegal aliens at  Pepe's Cabinets, a carpentry business that defendant owns in Oakland.   The evidence to prove all of the charges is intertwined.

5.  Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.


Date:   December 20, 2007                    Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney


                                             DEBORAH R. DOUGLAS
                                             Assistant U.S. Attorney

cc: Steven Gruel, Esq.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

Indictment, CR07-0794 DLJ
(filed on 12/13/07)

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3                                                    FILED

4                                                DEC 1 3 2007

5                                        RICHARD W. WIEKING
                                      CLERK, U.S. DISTRICT COURT
6   E-filing                       NORTHERN DISTRICT OF CALIFORNIA
                                              OAKLAND

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11
                                    CR07-0794   DLJ
12  UNITED STATES OF AMERICA,      )  Criminal No.:
                                   )
13           Plaintiff,            )
                                   )
14           v.                    )  VIOLATIONS: 8 U.S.C. § 1324(a)(1)(A)(iii)
                                   )  [Harboring of Illegal Alien]; 18 U.S.C.
15  JOSE DE JESUS GUZMAN-BAEZ      )  § 1546(a) [Possession of Counterfeit
    [a/k/a Jose De Jesus Guzman, a/k/a Jose )  Immigration Document]; 42 U.S.C.
16  Guzman, a/k/a Pepe],           )  § 408(a)(7)(B) [Fraudulent Use of Social
                                   )  Security Number]
17           Defendant.            )
                                   )  OAKLAND VENUE
18  _____)

19                    I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

22          Beginning at a time unknown, but not later than in or about August 2007, and continuing

23  until on or about November 6, 2007, in the Northern District of California, the defendant,

24                  JOSE DE JESUS GUZMAN-BAEZ,

25  knowing and in reckless disregard of the fact that an alien, Michel V-P., had come to, entered, and

26  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

27  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

28  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

INDICTMENT

1  COUNT TWO: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

2         Beginning at a time unknown, but not later than in or about June 2007, and continuing until

3  on or about November 6, 2007, in the Northern District of California, the defendant,

4                        JOSE DE JESUS GUZMAN-BAEZ,

5  knowing and in reckless disregard of the fact that an alien, Leopoldo P. C., had come to, entered, and

6  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

7  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

8  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

9  COUNT THREE: (8 U.S.C. § 1324(a)(1)(A)(iii)- Harboring of Illegal Alien)

10        Beginning at a time unknown, but not later than in or about October 2006, and continuing

11  until on or about November 6, 2007, in the Northern District of California, the defendant,

12                        JOSE DE JESUS GUZMAN-BAEZ,

13  knowing and in reckless disregard of the fact that an alien, Maria G-P., had come to, entered, and

14  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

15  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

16  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

17  COUNT FOUR: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

18        Beginning at a time unknown, but not later than in or about January 2007, and continuing

19  until on or about November 6, 2007, in the Northern District of California, the defendant,

20                        JOSE DE JESUS GUZMAN-BAEZ,

21  knowing and in reckless disregard of the fact that an alien, Marvin T-G., had come to, entered, and

22  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

23  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

24  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

25

26

27

28

INDICTMENT                          2

1  COUNT FIVE: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

2      Beginning at a time unknown, but not later than in or about May 2007, and continuing until

3  on or about November 6, 2007, in the Northern District of California, the defendant,

4                    JOSE DE JESUS GUZMAN-BAEZ,

5  knowing and in reckless disregard of the fact that an alien, Jamie S-S., had come to, entered, and

6  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

7  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

8  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

9  COUNT SIX: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

10      Beginning at a time unknown, but not later than in or about August 2006, and continuing

11  until on or about November 6, 2007, in the Northern District of California, the defendant,

12                    JOSE DE JESUS GUZMAN-BAEZ,

13  knowing and in reckless disregard of the fact that an alien, Marcelino L., had come to, entered, and

14  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

15  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

16  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

17  COUNT SEVEN: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

18      Beginning at a time unknown, but not later than in or about June 2007, and continuing until

19  on or about November 6, 2007, in the Northern District of California, the defendant,

20                    JOSE DE JESUS GUZMAN-BAEZ,

21  knowing and in reckless disregard of the fact that an alien, Maria R., had come to, entered, and

22  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

23  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

24  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

25

26

27

28

INDICTMENT                    3

1  COUNT EIGHT: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

2     Beginning in or about April 2006, and continuing until on or about November 6, 2007, in the

3  Northern District of California, the defendant,

4                     JOSE DE JESUS GUZMAN-BAEZ,

5  knowing and in reckless disregard of the fact that an alien, Jesus V-I., had come to, entered, and

6  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

7  and shield the alien from detection, and attempt to conceal, harbor, and shield the alien from

8  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

9  COUNT NINE: (18 U.S.C. § 1546(a) - Possession of Counterfeit Immigration Document)

10     On or about November 6, 2007, in the Northern District of California, the defendant,

11                     JOSE DE JESUS GUZMAN-BAEZ,

12  did knowingly possess a forged, counterfeited, altered, and falsely made alien registration receipt

13  card, a document prescribed by statute or regulation as evidence of authorized stay and employment

14  in the United States, knowing it to be forged, counterfeited, altered, and falsely made and to have

15  been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States

16  Code, Section 1546(a).

17  COUNTS TEN AND ELEVEN: 42 U.S.C. § 408(a)(7)(B) [Fraudulent Use of Social Security
                          Number]

18
19     On or about the dates set forth below, in the Northern District of California, the defendant,

20                     JOSE DE JESUS GUZMAN-BAEZ,

21  purposefully and with intent to deceive, did knowingly use Social Security Number 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 in

22  connection with his filings of Business Tax Declarations with the City of Oakland Business Tax

23  Office on behalf of his business "Pepe's Cabinets," falsely representing that the number was assigned

24

25

26

27

28

INDICTMENT                    4

1  to him by the Commissioner of Social Security, when in fact such number was not the number

2  assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

3       Count         Renewal Tax Year          Date Filed

4        10           2003                 3/5/04

5        11           2005                 2/2/05

6

7  DATED: December 13, 2007               A TRUE BILL.

8

9                                    FOREPERSON

10

11  SCOTT N. SCHOOLS
   United States Attorney

12

13

   W. DOUGLAS SPRAGUE
14  Chief, Oakland Branch

15

16  (Approved as to form: _____)
                   AUSA Deborah R. Douglas

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT               5

AMENDED PENALTY SHEET

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Violation: 8 U.S.C. § 1324a (a)(1)(A)(iii)
[Harboring of Illegal Alien];18 U.S.C. § 1546
(a)[Possession of Counterfeit Immigration
Document]; 42 U.S.C. § 408(a)(7)(B)
[Fraudulent Use of Social Security Number]

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

DEFENDANT - U.S.

JOSE DE JESUS GUZMAN-BAEZ

DISTRICT COURT NUMBER
CR07-0794 DLJ

*ORIGINAL FILED DEC 1 4 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

### PENALTY:

Counts 1 through 8 ,10, 11- Five years imprisonment, three years
supervised release, $250,000 fine, $100 special assessment.
Count 9- Ten years imprisonment, three years supervised release
$250,000 fine, and $100 special assessment.

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, If any)

IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y  ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

MAGISTRATE
CASE NO.

4-07-70640WDB

Name and Office of Person
Furnishing Information on
THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    DEBORAH R. DOUGLAS, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?    ☑ Yes
☐ No

If "Yes"
give date
filed    11/6/2007

DATE OF
ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY    Month/Day/Year
11/7/2007

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:



SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

ORIGINAL
FILED

DEC 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: CR07-0797 WDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | VIOLATIONS: 8 U.S.C. § 1324a(a)(1)(A) |
| v. | ) | [Employment of Illegal Alien]; 8 U.S.C. |
| | ) | § 1324a(a)(2)[Continuing Employment of |
| JOSE DE JESUS GUZMAN-BAEZ | ) | Illegal Alien] |
| [a/k/a Jose De Jesus Guzman, a/k/a Jose | ) | |
| Guzman, a/k/a Pepe], | ) | OAKLAND VENUE |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

COUNTS ONE THROUGH EIGHT: (8 U.S.C. § 1324a(a)(1)(A) - Employment of Illegal Alien)

Beginning at a time unknown, but no later than on or about the dates specified below, and

continuing until on or about November 6, 2007, in the Northern District of California, the defendant,

JOSE DE JESUS GUZMAN-BAEZ,

did knowingly hire each unauthorized alien identified below for employment in the United States,

knowing that the alien was an unauthorized alien, as defined in 8 U.S.C. § 1324a(h)(3), with respect

to such employment, in violation of Title 8, United States Code, Section 1324a(a)(1)(A):

INFORMATION

| Count | Date | Name of Alien |
|-------|------|---------------|
| 1 | 1/06 | Leopoldo P.C. |
| 2 | 8/06 | Marcelino L. |
| 3 | 10/06 | Maria G-P. |
| 4 | 1/07 | Marvin T-G. |
| 5 | 5/07 | Jamie S-S. |
| 6 | 6/07 | Maria R. |
| 7 | 8/07 | Michel V-P. |
| 8 | 4/06 | Jesus V-I. |

COUNTS NINE THROUGH SIXTEEN: (8 U.S.C. § 1324a(a)(2) - Continuing Employment of Illegal Alien)

Beginning at a time unknown, but no later than in or about the dates specified below, in the Northern District of California, the defendant,

JOSE DE JESUS GUZMAN-BAEZ,

after knowingly hiring each unauthorized alien identified below for employment in the United States, did continue to employ the alien, knowing the alien was, or had become, an unauthorized alien, as defined in 8 U.S.C. § 1324a(h)(3), with respect to such employment, in violation of Title 8, United States Code, Section 1324a(a)(2):

| Count | Dates | Name of Alien |
|-------|-------|---------------|
| 9 | 1/06 to 11/6/07 | Leopoldo P.C. |
| 10 | 8/06 to 11/6/07 | Marcelino L. |
| 11 | 10/06 to 11/6/07 | Maria G-P. |
| 12 | 1/07 to 11/6/07 | Marvin T-G. |
| 13 | 5/07 to 11/6/07 | Jamie S-S. |
| 14 | 6/07 to 11/6/07 | Maria R. |

INFORMATION                                    2

| 15 | 8/07 to 11/6/07 | Michel V-P. |
| 16 | 4/06 to 11/6/07 | Jesus V-I. |

DATED: December 14, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
AUSA Deborah R. Douglas

INFORMATION