UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  12/21/07

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                       **No.** CR-07-00794-DLJ

**Defendant:**  Jose de Jesus Guzman-Baez [present; in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Steven F. Gruel

**Interpreter:** Monique Inciarte

**Probation Officer:**

**Reason for Hearing:**                **Ruling:**

Setting'Stat                                                -HELD

**Notes:**  (Notice of related case filed for cases CR-07-00794-DLJ and CR-07-00797-WDB)

**Case Continued to**   1/25/08  at 9:00AM  for  STATUS

**Case Continued to:**            for
**Case Continued to:**            for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                           for Pretrial Conference

**Case Continued to**            for             Trial

**Excludable Delay: Category: Begins:  12/21/07        Ends:** 1/25/08