1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

Copies of Five Identification Cards in Defendant's Name
Seized from Pepe's Cabinets on November 6, 2007







```
ALIEN REGISTRATION RECEIPT CARD
SOH IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S

TEMP RES ADJ DATE - 092388

16 LOS 900213 582   767676561
1USA090871350<<05<<2651<<<<<
206097M000987<<<<<876W23R543
GUZMAN<<<BAEZ<<JOSE<<DE<<J<<<
```



El titular de este documento quedó registrado en esta oficina consular, por ser mexicano y tener su domicilio en esta circunscripción. This is an ID issued by the MEXICAN GOVERNMENT.
4031489
20/FEB/2002

Firma del Interesado        Firma del Funcionario



**CLASIFICACION DE LICENCIAS**

A  AUTORIZA MANEJAR VEHICULOS DE TRANSPORTE PARTICULAR O MERCANTE DE PASAJEROS QUE NO EXCEDA DE DIEZ ASIENTOS O DE CARGA QUE NO EXCEDA DE TRES Y MEDIA TONELADAS
B  AUTORIZA ADEMAS DE LOS VEHICULOS ESPECIFICADOS EN LA LICENCIA TIPO A, LOS DEDICADOS A LA PRESTACION DE SERVICIO PUBLICO DE TRANSPORTE DE PASAJEROS
C  ES DE CARGA
   AUTORIZA ADEMAS DE LOS VEHICULOS ESPECIFICADOS EN LA LICENCIA TIPO A Y B, TODAS AQUELLAS UNIDADES QUE TIENEN MAS DE DOS EJES ASI COMO
D  TRACTORES DE SEMIREMOLQUE, CAMIONES CON REMOLQUE, EQUIPOS ESPECIALES MOVILES, VEHICULOS CON GRUA Y EN GENERAL LOS DE TIPO PESADO
   AUTORIZA A CONDUCIR MOTOCICLETAS, MOTONETAS Y OTROS VEHICULOS SIMILARES, NO LA DE CONDUCIR NINGUN VEHICULO DE LOS CONSIDERADOS EN LOS TIPOS ANTERIORES

**RESTRICCIONES**

01 ANTEOJOS     02 PROTESIS      03 HIPERTENSION
04 DIABETES     05 NINGUNA