1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT D**

Computerized Records from California Department of Motor Vehicles

11/19/2007 13:18 FAX
11/19/7007  12:00

DHS ICE OAK

DMV INV SANTA ROSA

☑ 003/017
PAGE 02

cense #: B6731455                    Trans: DF1    Date: 11-19-2007 10:46    Page: 1

.F199933DAYJAB6731455

STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES DRIVER RECORD

DATE: 11-19-07 TIME: 10:46

PRODUCED FOR DMV USE ONLY                    REQUESTER CODE 99933

TRANSACTION: DF1    INFO CODE: JA    OPERATOR: DAY

DRIVER RECORD REQUESTED: B6731455

THIS CONTAINS SEGMENTS 1,2,3,4,5,6,7,8,9,10,11,12 OF THIS RECORD

=====================================================================

SEGMENT 1 - DRIVER LICENSE/IDENTIFICATION CARD INFORMATION

=====================================================================

DRIVER LICENSE # B6731455              IDENTIFICATION CARD # B6731455

NAME: BAEZ,JOSE GUZMAN                  BIRTHDATE: 06-09-1972

DF199933DAYJAB6731455

** ALL ADDRESSES ON THIS RECORD ARE CONFIDENTIAL **

MAILING ADDRESS    AS OF 06-04-07: 3933 MIDVALE ST
                                   OAKLAND      , CA 94602
                                   COUNTY: 01 ALAMEDA

OTHER ADDRESS      AS OF 03-28-04: 2007 HIGH ST A
                                   OAKLAND, CA

PHYSICAL DESCRIPTION
  SEX:MALE    HAIR:BLACK    EYES:BROWN    HEIGHT:5-08  WEIGHT:195

=====================================================================

SEGMENT 2 - STATUS OF DRIVING PRIVILEGE AND IDENTIFICATION CARD

=====================================================================

LICENSE/DRIVING PRIVILEGE STATUS: DRIVER LICENSE EXPIRED 06-09-04

RESTRICTIONS: NONE

DF199933DAYJAB6731455

DRIVER LICENSE ISSUED: 07-07-99 MAILED: 07-23-99 EXPIRED: 06-09-04
                       REMAILED: NO DATE  CLASS: C NON-COMMERCIAL

ORGAN AND TISSUE DONOR: NONE  UPDATED: NONE

BIRTHDATE/LEGAL PRESENCE VERIFICATION CODE: A
  U.S. BIRTH CERTIFICATE
  EXPIRES: NO DATE            UPDATED: 10-06-95

ENDORSEMENTS: NONE

1

11/13/20__ __:__ __ FAX _____    DMS JOE OAK.
DMV INV SANTA ROSA
PAGE 03

IDENTIFICATION CARD APPLIED: 01-10-96  EXPIRED: 06-09-01
              MAILED: 01-25-96  REMAILED:

RENEWAL-BY-MAIL INFORMATION:

icense #: B6731455                      Trans: DF1    Date: 11-19-2007 10:46   Page: 3

        FIRST RENEWAL-BY-MAIL ISSUED,

  LICENSE LOCATION: 7-LICENSE DESTROYED
        REASON: 5-SURRENDERED BY SUBJECT

DF199933DAYJAB6731455

SEGMENT 3 - RELICENSING REQUIREMENTS

NOTICE TO WITHHOLD ISSUANCE OF DRIVERS LICENSE ON RECORD:

    L - PAY TO DMV A REISSUE FEE OF $55

NOTICE OF WITHDRAWAL OF DRIVING PRIVILEGE ON RECORD:NONE

REINSTATEMENT REQUIREMENTS:NONE

SEGMENT 4 - DRIVER LICENSE ACTIONS

PROOF OF FINANCIAL RESPONSIBILITY INFORMATION:

  PROOF ADDED TO THE RECORD 04-14-03 BY 98746 - DMV HEADQUARTERS
    RECEIVED 04-07-03
DF199933DAYJAB6731455

   TYPE: S BROAD COVERAGE SR-22 CERTIFICATE
   FROM:0937-FARMERS INSURANCE EXCHANGE
   POLICY NUMBER: 96160650497      POLICY EFFECTIVE: 03-03-03
   CANCELLATION NOTICE RECEIVED 04-07-03 CANCELLED EFFECTIVE 03-30-03

HISTORY OF DRIVER LICENSE ACTIONS:

SUSPENDED EFFECTIVE 06-13-99
    AUTHORITY: 13365 CVC
    REASON:938-FAILED TO APPEAR
    MAIL DATE: 05-14-99
       COUNTY OF RESIDENCE AT TIME OF ACTION: 43-SANTA CLARA
    SERVICE OF ORDER: M-VERBAL NOTICE DOCUMENT ON FILE
                      SERVED DATE: 07-02-99
    ACTION ENDED EFFECTIVE 07-07-99 AUTHORITY:13365   CVC
    DATE ACTION ADDED OR CHANGED:07-07-99 ORDER CODE:9-SYSTEM GENERATED
    FEE GROUP CODE: 001

SUSPENDED EFFECTIVE 10-27-02
    AUTHORITY: 13365 CVC
DF199933DAYJAB6731455

    REASON:938-FAILED TO APPEAR
    MAIL DATE: 09-27-02
       COUNTY OF RESIDENCE AT TIME OF ACTION: 01-ALAMEDA
    SERVICE OF ORDER: I-RETURNED UNCLAIMED
                      ON DATE: 10-09-02
    ACTION ENDED EFFECTIVE 04-18-03 AUTHORITY:13365   CVC

3

DMV INV SANTA ROSA

PAGE   05

DATE ACTION ADDED OR CHANGED:04-18-03 ORDER CODE:9-SYSTEM GENERATED
FEE GROUP CODE: 002

SUSPENDED EFFECTIVE 04-28-04

4

11/19/200 DMV INV SANTA ROSA                                      PAGE 06

.dense #: B6731455          Trans: DF1   Date: 11-19-2007 10:46   Page: 5

```
    AUTHORITY: 13365 CVC
    REASON:938-FAILED TO APPEAR
    MAIL DATE: 03-29-04
       COUNTY OF RESIDENCE AT TIME OF ACTION: 01-ALAMEDA
    SERVICE OF ORDER: M-VERBAL NOTICE DOCUMENT ON FILE
                    SERVED DATE: 05-28-04
    ACTION ENDED EFFECTIVE 08-23-07 AUTHORITY:13365   CVC
    DATE ACTION ADDED OR CHANGED:08-23-07 ORDER CODE:9-SYSTEM GENERATED
    FEE GROUP CODE: 002
```

DF199933DAYJAB6731455

```
  FEE REQUIRED INFORMATION:
   FEE CODE: 743-REISSUE FEE
   FEE REQ SEQ# 01 DUE: 06-13-99 AMOUNT: $055 REASON CODE: 938
   ORIG DUE DT: 06-13-99 PAID: 07-07-99 USED: 07-07-99 FEE GROUP CD: 001
   1ST PAYMENT INFO: RECORD # 01 AMOUNT: $055 DATE: 07-07-99

  FEE PAYMENT INFORMATION:
   FEE CODE: 743-REISSUE FEE
   FEE REQ SEQ#: 01 PAYMENT REC #: 01
   PAYMENT AMOUNT: $0055 DATE: 07-07-99
   OFF# 604 CA# 03 SEQ# 5030 PROC DT: 07-07-99 METHOD: UK

  FEE REQUIRED INFORMATION:
   FEE CODE: 743-REISSUE FEE
   FEE REQ SEQ# 02 DUE: 10-27-02 AMOUNT: $055 REASON CODE: 938
   ORIG DUE DT: 10-27-02 FEE GROUP CD: 002
```

```
==========================================================================
SEGMENT 5 - CONVICTIONS
==========================================================================
```
DF199933DAYJAB6731455
CONVICTIONS REPORTED TO DMV:

| VIOLATION DATE | CONVICTION DATE | SECTION VIOLATED | DOCKET NUMBER | VEHICLE LICENSE | POINT COUNT |
|---|---|---|---|---|---|
| 02-04-99 | 07-07-99 | 16028A VC<br>4000A  VC<br>40508A VC | 2826529 | 3MLU256 | 0 |
| | | | COURT: 01440<br>DISPOSITION: C Z<br>    * FTA CLEARED | | |
| | ADDED TO THE RECORD ON 07-07-99 | | | | |
| 01-24-00 | 05-16-00 | 16028A VC<br>27315D VC | 3537064 | 3XYH252 | 0 |
| | | | COURT: 01440<br>DISPOSITION: C | | |
| | ADDED TO THE RECORD ON 05-16-00 | | | | |

DF199933DAYJAB6731455

| VIOLATION DATE | CONVICTION DATE | SECTION VIOLATED | DOCKET NUMBER | VEHICLE LICENSE | POINT COUNT |
|---|---|---|---|---|---|
| 05-25-02 | 04-18-03 | 27315D VC<br>40508A VC | 5227936 | 2FAB071 | 0 |
| | | | COURT: 01440 | | |

DISPOSITION: B
* FTA CLEARED

ADDED TO THE RECORD ON 04-18-03

11/19/2007 15:15 FAX                    DMS ICE OAK                    @ 008/011

DMV INV SANTA ROSA                      PAGE  08
                                        Page. 1

Trans: DF1    Date: 11-19-2007 10:46

:ense #: B6731455

10-06-03    08-23-07    12951A VC    6189826         SC91101    0
                       24600B VC
                       40508A VC
                                  COURT: 01440
                                  DISPOSITION: C Z
                                      * FTA CLEARED

        ADDED TO THE RECORD ON 08-23-07

05-28-04    08-23-07    16028A VC    1619179         3XYH252    1
                       27315D VC
                       27360A VC
                       40508A VC
                                  COURT: 01430

DF199933DAYJAB6731455

                       DISPOSITION: C Z
                           * FTA CLEARED

        ADDED TO THE RECORD ON 08-23-07

06-04-06    08-25-06    273605 VC    118365          3CKR160    1
                                  COURT: 16610
                                  DISPOSITION: B

        ADDED TO THE RECORD ON 08-25-06

    COURTS

      01430 FREMONT MUNICIPAL
      01440 OAKLAND MUNICIPAL
      16610 AVENAL SUPERIOR COURT

    DISPOSITIONS

      B BAIL FORFEITURE
      C FINE
      Z OTHER
DF199933DAYJAB6731455
    SECTIONS VIOLATED

        VEHICLE CODE

      12951A DRIVER LICENSE NOT IN POSSESSION
      16028A FAILURE TO PROVIDE EVIDENCE OF FINANCIAL RESPONSIBILITY
      24600B IMPROPER TAIL LAMPS
      27315D SAFETY BELTS REQUIRED
      27360A FAILURE TO UTILIZE CHILD PASSENGER RESTRAINT SYSTEM
      273605 FAILURE TO UTILIZE CHILD SAFEY BELT AND PASSENGER RESTRAINT
      4000A  NO EVIDENCE OF CURRENT REGISTRATION
      40508A FAILURE TO APPEAR AFTER SIGNING CITATION OR COURT CONTINUANCE

SEGMENT 6 - FAILURE TO APPEAR/FAILURE TO PAY (FTA/FTP)

FTA'S/FTP'S REPORTED TO DMV: NONE

DF199933DAYJAB6731455

SEGMENT 7 - ACCIDENTS

cense #: B6731455                    Trans: DF1    Date: 11-19-2007 10:46    Page: 9

ACCIDENTS REPORTED TO DMV:

ACCIDENT DATE: 12-29-03          LOCATION: OAKLAND
CHP REPORT #   93700417661       TIME: 16 - BETWEEN 4:00 PM AND 4:59 PM
                                 SOBRIETY: 5 - HAD NOT BEEN DRINKING
FATALITIES:     0                INJURIES: 0
VEHICLE LICENSE #      3EOU725
TYPE OF ACCIDENT:      5 - MULTIPLE MOTOR VEHICLES
PHYSICAL CONDITION:    B - NOT REPORTED
ACCIDENT RESPONSIBILITY: 5 - DRIVER NOT AT FAULT, OTHER DRIVER AT FAULT
ADDED TO THE RECORD ON: 05-24-04

SEGMENT 6 - APPLICATION/ISSUANCE INFORMATION

DF199933DAYJAB6731455

DRIVER LICENSE
   CLASS: C NON-COMMERCIAL                    TEST RESULTS
   APPLICATION FILED: 07-07-99                   DRIVE: 4-WAIVED
   OFFICE: 604-OAKLAND COLISEUM                  VISION:P-PASSED
   EXPIRED: 06-09-04                             LAW: NOT RETAINED
   ISSUED: 07-07-99
   MAILED: 07-23-99
   TERM OF LICENSE: 5 YEARS
PREVIOUS CALIF. LICENSE
   CLASS: C NON-COMMERCIAL
   EXPIRED: 06-09-99
IDENTIFICATION CARD
   APPLIED: 01-10-96
   OFFICE: 504-OAKLAND
   EXPIRED: 06-09-01
   MAILED: 01-25-96
APPLICATIONS
   TYPE: M-RBM WITH NEW PHOTO                 DATE:07-07-99
          OFFICE:604-OAKLAND COLISEUM
          PHOTO DATE: 07-07-99 OFC: 604-OAKLAND COLISEUM
DF199933DAYJAB6731455

   TYPE: I-ID CARDS                           DATE:01-10-96
          OFFICE:504-OAKLAND

PHOTO INFO: D- DL AND ID PHOTO ON VENDOR FILE
MICROGRAPHIC # POL

RENEWAL-BY-MAIL INFORMATION:
       FIRST RENEWAL-BY-MAIL ISSUED.

SEGMENT 9 - COMMERCIAL DRIVERS INFORMATION

COMMERCIAL DRIVER LICENSE INFORMATION SYSTEM (CDLIS) DATA:NONE

OUT-OF-STATE CONVICTIONS ELECTRONICALLY REPORTED TO DMV:NONE

9

SEGMENT 10 - ADMINISTRATIVE MESSAGES

F199933DAYJAB6731455

.cense #: B6731455                  Trans: DF1    Date: 11-19-2007 10:46   Page: 11

PULL NOTICE: NONE

REVIEW OR PROCESS DATE: NONE

COMMENTS:
  NO: MM   PURGE: 10-15 50410069511627 90TH AVE
                              OAKLAND      CA9460112005041005957A85042
  NO: MM   PURGE: 01-16 504011096314338 CHRISLAN AVE
                              SAN JOSE    CA9512710955040011096C35021
  NO: MM   PURGE: 01-16 5040110961I14338 CHRISLAN AVE
                              SAN JOSE    CA9512710965040011096C35022
  NO: MM   PURGE: 02-17 66802069732490 POPLAR DR
                              SAN JOSE    CA9512211026680206970950I2
  NO: MM   PURGE: 09-18 66809269832490 POPLAR DR
                              SAN JOSE    CA9512211666680926983250063

ARREST REPORT SUBRECORD: NONE

FILE CONDITION CODES: L-REISSUE FEE DUE
DF199933DAYJAB6731455
RESTRICTIONS: NONE

ATTACHMENTS: NONE

ORGAN AND TISSUE DONOR: NONE   UPDATED: NONE

VOTER REGISTRATION CODE: $          UPDATED: 06-19-07
  REQUESTED VOTER REGISTRATION CHANGE OF ADDRESS WITHIN THE SAME COUNTY

ADDITIONAL INFORMATION: NONE

CARD HISTORY SUBRECORD:

APPLICATION INFORMATION
  APP OFFICE: 604 APP DATE: 07-07-99 CASHIER ID: 03 SEQ #: 5031

WITHHOLDING UNIT: NONE
WITHHOLDING REASON: NONE

DF199933DAYJAB6731455

APP STATUS: A - ACTIVE

ISSUANCE INFORMATION
  TYPE ISSUANCE: RBM WITH NEW PHOTO     DATE: 07-07-1999 OFFICE: 604
  EXPIRES: 06-09-2004

BANNERS: NONE

PROVISIONAL ORIGINAL ISSUE DATE: NONE

CARD TYPE: D - REGULAR DRIVER LICENSE
PHOTO INDICATOR: NONE
REMAKE INDICATOR: NONE
ORGAN AND TISSUE DONOR: NONE

PHOTO INFORMATION

DMV INV SANTA ROSA

PAGE 13

PHOTO DATE: 07-07-99   OFFICE: 604 PHOTO TIME/SEQ #: 6878

CARD ADDRESS: 7914 RUDSDALE AVE APT A

cense #: B6731455              Trans: DF1    Date: 11-19-2007 10:46    Page: 13

ιF199933DAYJAB6731455

          OAKLAND       CA 94621

TEMPORARY MAIL ADDRESS INDICATOR: NONE

PHYSICAL DESCRIPTION:
 SEX: MALE     HAIR: BLACK  EYES: BROWN  HEIGHT: 5-08 WEIGHT: 195

BIRTHDATE: 06-09-1972 CLASS: C - NON-COMMERCIAL
                     FEE DUE YR: 04   LRE: NONE

RESTRICTIONS: NONE

ENDORSEMENTS: NONE

IMAGE CAPTURE DL #: NONE

PROCESS CARD REQUEST: NONE

RENEWAL-BY-MAIL SUBRECORD:
   CREATION DATE: 03-23-99
DF199933DAYJAB6731455

    RBM 1: 07-07-99 C TESTS WAIVED-PHOTO LICENSE ISSUED
                    THROUGH AN AUTOMATED OFFICE
    RBM 2: NONE
    RBM 3: NONE

═══════════════════════════════════════════════════════════
SEGMENT 11 - MICROGRAPHIC INFORMATION
═══════════════════════════════════════════════════════════

PHOTOS

  OFFICE   DATE    PHOTO# CARTRIDGE# FILE#

   OKC  07-07-99  994     POL PHOTO ON FILE

   STT  09-26-98  995     MAG STRIPE ON FILE

   STT  02-06-97  995     MAG STRIPE ON FILE

   OAK  01-10-96  995     MAG STRIPE ON FILE
DF199933DAYJAB6731455
   OAK  10-06-95  995     MAG STRIPE ON FILE

DOCUMENTS

  CODE    DATE   CART# FRAME# TITLE

  MAN   05-14-99 22558  1760  UNABLE TO INTERPRET

  044   07-07-99 22827  2027  MINOR APPLICATION INFORMATION SHEET

  311   07-02-99 22781  5384  MULTIPLE SERVICES (PHASE III)

MAN   09-27-02 27215  1870   UNABLE TO INTERPRET

310   05-28-04 30058  6545   VERBAL NOTICE

.cense #: B6731455　　　　　　　Trans: DF1　　Date: 11-19-2007 10:46　　Page: 15

SEGMENT 12 - OUT OF STATE DRIVER RECORD INFORMATION

0F199933DAYJAB6731455
O/S DRIVER RECORD INFORMATION AVAILABLE: NONE

***** END OF RECORD *****