**EXHIBIT F**

Notice to Appear dated December 18, 2007 to Maria Ramirez

U.S. Department of Homeland Security

# Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID : 267062814

File No: A094 812 538
Event No: XSP0812000014

In the Matter of:
Maria De Jesus RAMIREZ MURILLO

Respondent _____ currently residing at:

2272 66TH STREET , OAKLAND CALIFORNIA 94605          (510)575-3059

(Number, street, city and ZIP code)          (Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of MEXICO and a citizen of MEXICO;
3. You arrived in the United States at or near San Ysidro, California, on or about May 1995;
4. You were not then admitted or paroled after inspection by an Immigration Officer.
5. OR
6. At that time you arrived at a time or place other than as designated by the Attorney General.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
120 MONTGOMERY ST. SUITE 800 San Francisco CALIFORNIA US 94104

(Complete Address of Immigration Court, including Room Number, if any)

on a date to be set     at a time to be set     to show why you should not be removed from the United States based on the
(Date)          (Time)

charge(s) set forth above.                              /s/ _____  ASAC
                                              (Signature and Title of Issuing Officer)

Date: December 18, 2007     Oakland, California
                            (City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07)