**EXHIBIT H**

Application for Cancellation of Removal
re: Maria Ramirez

U.S. Department of Justice
Executive Office for Immigration Review

# Application for Cancellation Removal and Adjustment of Status for Certain Nonpermanent Residents

PLEASE READ ADVICE AND INSTRUCTIONS BEFORE FILLING IN FORM

PLEASE TYPE OR PRINT

Fee Stamp (Official Use Only)

## PART 1 - INFORMATION ABOUT YOURSELF

1) My present true name is: (Last, First, Middle)
RAMIREZ   Maria de Jesus

2) Alien Registration (or "A") Number(s):
A94-812-538

3) My name given at birth was: (Last, First, Middle)
Ramirez   Maria de Jesus

4) Birth Place: (City and Country)
Mexico

5) Date of Birth: (Month, Day, Year)
10/06/1972

6) Gender:
☐ Male   ☒ Female

7) Height:

8) Hair Color:
Black

9) Eye Color:
brown

10) Current Nationality and Citizenship:
Mexican

11) Social Security Number:

12) Home Phone Number:
510-430-9046

13) Work Phone Number:

14) I currently reside at:
Apt. number and/or in care of
2272 86th Street
Number and Street
Oakland    CA    94605
City or Town    State    Zip Code

15) I have been known by these additional name(s):
none

16) I have resided in the following locations in the United States: (List PRESENT ADDRESS FIRST, and work back in time for at least 10 years.)

| Street and Number - Apt. or Room # - City or Town - State - Zip Code | | | | Resided From: (Month, Day, Year) | Resided To: (Month, Day, Year) |
|---|---|---|---|---|---|
| 2272 86th Street | Oakland | CA | 94605 | 12/13/2007 | PRESENT |
| 2007 High Street #A | Oakland | CA | 94601 | 11/06/2007 | 12/13/2007 |
| 3933 Midvale | Oakland | CA | 94602 | 09/01/2006 | 11/06/2007 |
| 2007 High Street A | Oakland | CA | 94601 | | 09/01/2006 |

## PART 2 - INFORMATION ABOUT THIS APPLICATION

17) I, the undersigned, hereby request that my removal be cancelled under the provisions of section 240A(b) of the Immigration and Nationality Act (INA). I believe that I am eligible for cancellation of removal because: (Check all that apply.)

☒ My removal would result in exceptional and extremely unusual hardship to my:

|  | UNITED STATES CITIZEN | LEGAL PERMANENT RESIDENT | TEMPORARY STATUS | NO STATUS |
|---|---|---|---|---|
| ___ spouse, who is a | ___ | ___ | ___ | ___ |
| ___ father, who is a | ___ | ___ | ___ | ___ |
| ___ mother, who is a | ___ | ___ | ___ | ___ |
| X   child/children, who is/are a | X | ___ | ___ | ___ |

RECEIVED
DEPARTMENT OF JUSTICE

DEC 21 2007

With the exception of absences described in question #23, I have resided in the United States since:
(Month, Day, Year) _____5/1995_____

☐ I, or my child, have been battered or subjected to extreme cruelty by a United States citizen or lawful permanent resident spouse or parent.

With the exception of absences described in question #23, I have resided in the United States since:
(Month, Day, Year) _____

*Please continue answers on a separate sheet as needed.*

Form EOIR-42B
Revised January 2006