BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500
Shawn_Halbert@fd.org

Counsel for Defendant GUZMAN-BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE DE JESUS GUZMAN-BAEZ,<br><br>　　　　Defendant.<br>_____ | Nos. CR 07-0794 DLJ; CR 07-0797 DLJ<br><br>NOTICE OF SUBSTITUTION OF DEFENSE COUNSEL |

　　　　Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Shawn Halbert, enters her general appearance for defendant in this case.

Dated: January 23, 2008

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BARRY J. PORTMAN
　　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　　　　　　/S/

　　　　　　　　　　　　　　　　　　　　　SHAWN HALBERT
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

Notice of Substitution of Attorney　　　　　　　　- 1 -
Nos. CR 07-0794 DLJ; CR 07-0797 DLJ