**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  1/24/08**

                                                                            **10:00am- 10:38am**

**Clerk:** Frances Stone
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:**  United States

**v.**                                                                      **No.** CR-07-00794-DLJ
                                                                                  CR-07-00797-DLJ
                                                                                  Related Cases

**Defendant:**  Jose de Jesus Guzman-Baez [present; in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:**  Shawn Halbert

**Interpreter:** Carole Glasser

**Pretrial Services Officer:**  Taifa Gaskins

**Reason for Hearing:**                   **Ruling:**

**Stat**                                  **-HELD**
**Gov motion to appeal Magistrate's Pre-Trial Release Order- HELD**

Court will not allow the Defendant's Pretrial  release at this time. Court will reconsider the Pretrial Release issue with new conditions for release and much more substantial conditions for Pretrial Release.

**Notes:**  The 1/25/08 at 9:00AM Status in both cases is VACATED.

**Case Continued to  2/8/08 at 9:00AM    for  Stat/Trial Setting**

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:
**Case Continued to**                      for Pretrial Conference
**Case Continued to**            for           Trial

**Excludable Delay: Category: Begins:  1/24/08         Ends:** 2/8/08