**United States District Court**
For the Northern District of California

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
        v.                       )
                                 )    No. CR 07-0794-DLJ
JOSE DE JESUS GUZMAN-BAEZ,       )    No. CR 07-0797-DLJ
                                 )
                Defendant.       )    ORDER
_____)
```

Following detention hearings on December 26, 2007, and January 2, 2008, Magistrate Judge Vadas ordered that Defendant Jose De Jesus Guzman-Baez (Guzman-Baez) be released on $50,000 bond, over the government's objection. Judge Vadas then stayed the release order, pending appeal to this Court.

Now before the Court is the government's motion pursuant to 18 U.S.C. § 3145(a)(1) for review and appeal of the release order. Following a hearing on January 24, 2008, it has become apparent that further factual information is required before the Court can make a finding that any condition or combination of conditions can reasonably assure Guzman-Baez's appearance as required. See 18 U.S.C. § 3142(c). The release order is therefore further STAYED until the Court rules on Guzman-Baez's risk of flight.

IT IS SO ORDERED.

Dated:    January 24, 2008

_____

D. Lowell Jensen

United States District Judge