**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

February 7, 2008

Honorable D. Lowell Jensen
United States District Court
1301 Clay Street
Oakland, CA 94612

Re:   United States v. Jose De Jesus Guzman-Baez,
      CR No. 07-0794 DLJ; CR No. 07-0797 DLJ

Your Honor:

I am writing to update the Court as to the status of this case.

First, Mr. Guzman-Baez will not be proceeding with the final bail hearing tomorrow because we still have not received several documents from the file of his previous immigration attorney that are relevant to bail. Further, we are in the process of obtaining free immigration counsel for Mr. Guzman-Baez, which we would like to have secured before we have our final bail hearing in light of the issues raised at the last hearing.

Second, at our hearing tomorrow, I will ask the Court to address the status of discovery in the case. A substantial amount of basic discovery in the case has not yet been produced even though the case has been pending for months, as outlined in my letter today to AUSA Douglas, which is attached hereto as Exhibit A. I believe that the Court should order the government to produce most if not all of the identified discovery promptly, as these items are clearly discoverable. To the extent that there are any issues that need to be litigated, I will request that the Court order a date by which the parties must meet and confer regarding discovery as well as a schedule for briefing and hearing on a defense motion to compel discovery.

Thank you for your consideration.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender
/S/

SHAWN HALBERT
Assistant Federal Public Defender

cc: Deborah Douglas, AUSA