**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

February 7, 2008

Deborah Douglas, AUSA
United States Attorney's Office
1301 Clay Street, Suite 340 S
Oakland, CA 94612
Via Facsimile

      Re:    <u>United States v. Jose De Jesus Guzman-Baez</u>,
              CR No. 07-0794 DLJ; CR No. 07-0797 DLJ

Dear Ms. Douglas:

      I am writing to request discovery that is outstanding in this case and that is relevant both to potential trial issues as well as to our detention hearing.

      First, in December, 2007, in several discovery letters, Mr. Guzman-Baez' prior counsel Steve Gruel requested the following materials, none of which have been produced to date:

• The immigration files for and current whereabouts of the eight individuals alleged to have been in the United States illegally and named in the government's Indictment and Information, as well as *Brady* and *Giglio* materials on these persons;

• A complete copy of Guzman Baez's immigration file;

• All enumerated items pertaining to the CI included in Mr. Gruel's letters;

• The copy of the taped conversation with the CI (we received something which might be that conversation, but it was inaudible);

• Proof that the "Failures to Appear" on traffic tickets, which the government uses as a basis upon which Mr. Guzman-Baez should be detained, were not exonerated, as indicated in the records we have received from you;

• Completed record of deportable alien (I-213) from November 6, 2007, containing sworn statements of Guzman Baez

Page 2

Additionally, based on my review of the discovery as well as your appeal of Mr. Guzman-Baez's release order in magistrate court, I request the following additional materials:

- Copies of all documents seized in the service of the search warrant on November 6 2007, which I understand comprises more than one box and possibly several boxes, and an opportunity to view the originals and all other evidence seized;

- Images of the three hard drives seized during the service of the search warrant;

- Please clarify whether or not any of the interviews done on November 6, 2007 were audio or video or otherwise recorded; if they were, we request all of the recordings;

- Copies of all documents shown to the employees (named in the criminal counts) during their interviews on November 6, 2007;

- All reports regarding Guzman Baez's arrest by the U.S. Coast Guard on July 27, 2007 that are referenced in your application for a search warrant. (ICE reports at Bates 53 reference an incident report from the U.S. Coast Guard, an Alameda Police Department report and also "Immigration Questionnaires" completed by both Guzman Baez and Gamino Perez (who is named in several criminal counts);

- A copy and transcript with translation, if one has been prepared, of the recorded conversation between the CI and Guzman Baez on March 22, 2007;

- Report/recording of person who called the anonymous tip line;

- Video, photos, notes taken during surveillance of Pepe's Cabinet Shop;

- Copies of the "required source paperwork" completed regarding the CI referenced on Bates 43;

- Copies of all photographs shown to the CI on October 18, 2007;

- The report(s) detailing the surveillance and photos taken on approximately October 17, 2007; and

- Photographs and sketches taken during the service of the search warrant on November 6, 2007.

Please also explain to me why the persons whom Mr. Guzman-Baez allegedly harbored and illegally employed are not identified by their last names in your charging documents.

Page 3

    At our court appearance tomorrow, I will request a date by which we must meet and confer regarding discovery as well as a schedule for briefing and hearing on a defense motion to compel discovery.

    Thank you for your consideration.

                        Very truly yours,

                        BARRY J. PORTMAN
                        Federal Public Defender
                            /S/

                        SHAWN HALBERT
                        Assistant Federal Public Defender