UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date: 2/8/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:** United States

v.                                                            **No.** CR-07-00794-DLJ
                                                       **(related to CR-07-00797-DLJ)**

**Defendant:** Jose de Jesus Guzman-Baez [present; in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Shawn Halbert

**Interpreter:** <u>Monique Dascha Inciarte</u>

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

STAT/TRIAL SETTING            -HELD


 **Notes:**

**Case Continued to** 2/22/08 AT 9:00AM    for STATUS


**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**                for Pretrial Conference

**Case Continued to**        for        Trial


**Excludable Delay: Category: Begins:**    2/8/08    **Ends:** 2/22/08