UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  2/22/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                              **No.** CR-07-00794-DLJ

**Defendant:**  Jose de Jesus Guzman-Baez [present; in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Shawn Halbert

**Interpreter:** <u>Haydee Claus- spanish interpreter</u>

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
| --- | --- |
| Status | -HELD |

**Notes:**

**Case Continued to  3/14/08 AT 11:00AM     for  Def motion to compel discovery (if filed)**
**Def file motion 2/29/08;  Gov respond 3/7/08**

**Case Continued to:  4/4/08 at 11:00AM         for Def motion for bill of particulars(if filed)**
                                                                **Def motion re: warrant (if filed)**
**Def Motions to be filed by:  3/7/08     Opposition Due: Gov respond 3/21/08; Replies 3/28/08**

**Case Continued to                         for Pretrial Conference**

**Case Continued to           for                Trial**

**Excludable Delay: Category: Begins:    2/22/08         Ends:** 3/14/08
**Excludable Delay: Category**:  **Begins:    2/22/08         Ends:** 4/4/08