# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

February 29, 2008

Honorable D. Lowell Jensen
United States District Court
1301 Clay Street
Oakland, CA 94612

Re: <u>United States v. Jose De Jesus Guzman-Baez,</u>
    CR No. 07-0794 DLJ; CR No. 07-0797 DLJ

Your Honor:

I am writing to request that the Court take off calendar the hearing date of March 14, 2008 for hearing on defendant's motion to compel discovery. To the extent that a motion to compel discovery is necessary, I can file that motion on the same briefing schedule as the other motions, which means that I would file it on March 7, 2008 for hearing on April 4, 2008.

At our last court appearance on February 22, 2008, at the defense request, the Court set two briefing schedules: (1) an expedited briefing schedule on defendant's discovery motion, to be filed by the defense today, for hearing on March 14, 2008, and (2) a briefing schedule on other defense motions, to be filed on March 7, for hearing on April 4, 2008.

The government has produced two additional batches of discovery, and I will need additional time to determine what, if anything, should be the subject of a motion to compel. In the event that there are remaining discovery issues, assuming that this is acceptable to the Court, I will file a discovery motion along with the other motions on March 7, 2008. Thank you for your consideration.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

/S/
SHAWN HALBERT
Assistant Federal Public Defender

cc: AUSA Deborah Douglas