# Exhibit A

**<u>U.S. v. Jose De Jesus Guzman-Baez</u>**
**CR 07-00794 DLJ**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR07-0794 DLJ |
| Plaintiff, ) | |
| v. ) | VIOLATIONS: 8 U.S.C. § 1324(a)(1)(A)(iii) [Harboring of Illegal Alien]; 18 U.S.C. § 1546(a) [Possession of Counterfeit Immigration Document]; 42 U.S.C. § 408(a)(7)(B) [Fraudulent Use of Social Security Number] |
| JOSE DE JESUS GUZMAN-BAEZ [a/k/a Jose De Jesus Guzman, a/k/a Jose Guzman, a/k/a Pepe], ) | |
| Defendant. ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

Beginning at a time unknown, but not later than in or about August 2007, and continuing until on or about November 6, 2007, in the Northern District of California, the defendant,

JOSE DE JESUS GUZMAN-BAEZ,

knowing and in reckless disregard of the fact that an alien, Michel V-P., had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conceal, harbor, and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

INDICTMENT

Document No
101
District Court

1  COUNT TWO: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

2      Beginning at a time unknown, but not later than in or about June 2007, and continuing until

3  on or about November 6, 2007, in the Northern District of California, the defendant,

4                  JOSE  DE JESUS GUZMAN-BAEZ,

5  knowing and in reckless disregard of the fact that an alien, Leopoldo P. C., had come to, entered, and

6  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

7  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

8  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

9  COUNT THREE: (8 U.S.C. § 1324(a)(1)(A)(iii)- Harboring of Illegal Alien)

10      Beginning at a time unknown, but not later than in or about October 2006, and continuing

11  until on or about November 6, 2007, in the Northern District of California, the defendant,

12                  JOSE  DE JESUS GUZMAN-BAEZ,

13  knowing and in reckless disregard of the fact that an alien, Maria G-P., had come to, entered, and

14  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

15  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

16  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

17  COUNT FOUR: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

18      Beginning at a time unknown, but not later than in or about January 2007, and continuing

19  until on or about November 6, 2007, in the Northern District of California, the defendant,

20                  JOSE  DE JESUS GUZMAN-BAEZ,

21  knowing and in reckless disregard of the fact that an alien, Marvin T-G., had come to, entered, and

22  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

23  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

24  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

INDICTMENT                    2

1  COUNT FIVE: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

2      Beginning at a time unknown, but not later than in or about May 2007, and continuing until

3  on or about November 6, 2007, in the Northern District of California, the defendant,

4                      JOSE DE JESUS GUZMAN-BAEZ,

5  knowing and in reckless disregard of the fact that an alien, Jamie S-S., had come to, entered, and

6  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

7  and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

8  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

9  COUNT SIX: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

10     Beginning at a time unknown, but not later than in or about August 2006, and continuing

11 until on or about November 6, 2007, in the Northern District of California, the defendant,

12                     JOSE DE JESUS GUZMAN-BAEZ,

13 knowing and in reckless disregard of the fact that an alien, Marcelino L., had come to, entered, and

14 remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

15 and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

16 detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

17 COUNT SEVEN: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

18     Beginning at a time unknown, but not later than in or about June 2007, and continuing until

19 on or about November 6, 2007, in the Northern District of California, the defendant,

20                     JOSE DE JESUS GUZMAN-BAEZ,

21 knowing and in reckless disregard of the fact that an alien, Maria R., had come to, entered, and

22 remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

23 and shield the alien from detection, and attempted to conceal, harbor, and shield the alien from

24 detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

25

26

27

28

1  COUNT EIGHT: (8 U.S.C. § 1324(a)(1)(A)(iii) - Harboring of Illegal Alien)

2      Beginning in or about April 2006, and continuing until on or about November 6, 2007, in the

3  Northern District of California, the defendant,

4                          JOSE  DE JESUS GUZMAN-BAEZ,

5  knowing and in reckless disregard of the fact that an alien, Jesus V-I., had come to, entered, and

6  remained in the United States in violation of law, did knowingly and intentionally conceal, harbor,

7  and shield the alien from detection, and attempt to conceal, harbor, and shield the alien from

8  detection, in any place, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

9  COUNT NINE: (18 U.S.C. § 1546(a) - Possession of Counterfeit Immigration Document)

10     On or about November 6, 2007, in the Northern District of California, the defendant,

11                          JOSE  DE JESUS GUZMAN-BAEZ,

12  did knowingly possess a forged, counterfeited, altered, and falsely made alien registration receipt

13  card, a document prescribed by statute or regulation as evidence of authorized stay and employment

14  in the United States, knowing it to be forged, counterfeited, altered, and falsely made and to have

15  been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States

16  Code,  Section 1546(a).

17  COUNTS TEN AND ELEVEN: 42 U.S.C. § 408(a)(7)(B) [Fraudulent Use of Social Security
                                                    Number]
18
19     On or about the dates set forth below, in the Northern District of California, the defendant,

                              JOSE  DE JESUS GUZMAN-BAEZ,
20
    purposefully and with intent to deceive, did knowingly use Social Security Number 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 in
21
    connection with his filings of Business Tax Declarations with the City of Oakland Business Tax
22
    Office on behalf of his business "Pepe's Cabinets," falsely representing that the number was assigned
23

24

25

26

27

28

INDICTMENT                      4

1  to him by the Commissioner of Social Security, when in fact such number was not the number

2  assigned to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B).

3  | Count | Renewal Tax Year | Date Filed |
   |-------|------------------|------------|
4  | 10 | 2003 | 3/5/04 |
5  | 11 | 2005 | 2/2/05 |

7  DATED: December 13, 2007                    A TRUE BILL.

9                                              _____
                                               FOREPERSON

11  SCOTT N. SCHOOLS
    United States Attorney

13  W. DOUGLAS SPRAGUE
14  Chief, Oakland Branch

16  (Approved as to form: _____ )
17                    AUSA Deborah R. Douglas

28

INDICTMENT                    5