# Exhibit D

**U.S. v. Jose De Jesus Guzman-Baez**
**CR 07-00794 DLJ**

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    2 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | CASE NUMBER ▓▓▓▓▓▓▓ |
| | REPORT NUMBER: 013 |

DETAILS OF INVESTIGATION:

In July 2006, the SAC/SF received information from the DHS ICE tip-line that
Jose De Jesus GUZMAN-Baez is employing approximately 20 illegal aliens at
PEPE'S in Oakland, CA. ▓▓▓▓▓▓▓ said his/her hiring process at PEPE'S was
paperless and corroborated that GUZMAN pays his workforce in cash.

On March 21, 2007, at approximately 3:00 pm, ICE Special Agents (SA) Michael
Barge and David Moss met with ▓▓▓▓▓▓▓ at Starbucks, 8400 Edgewater Drive,
Oakland, CA.  Investigative Assistant Teresa Alleyne was also present and
assisted with Spanish translation.

Agents directed ▓▓▓▓▓▓▓ to engage GUZMAN in a recorded conversation to
determine whether he (GUZMAN) would hire an illegal alien to work at PEPE'S.

On March 22, 2007, at approximately 5:00 pm, SA-1236-SF approached GUZMAN
outside PEPE'S and asked GUZMAN if he would hire a friend, who just came from
Mexico and "doesn't have papers."  In Spanish street vernacular "papers" is a
commonly used term for immigration documents, which establish evidence of
authorized stay in the United States (e.g. permanent resident or green card).

GUZMAN said that he wants to see what happens with the old man, referring to
Marcelino Llamas who was recently hospitalized for a heart condition.

Nothing further was discussed that day or the following week.

The investigation continues.

UNDEVELOPED LEADS:  Determine where GUZMAN resides with surveillance at PEPE'S
and 3933 Midvale Avenue in Oakland.

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

# Exhibit E

**U.S. v. Jose De Jesus Guzman-Baez**
**CR 07-00794 DLJ**

1   BARRY J. PORTMAN
    Federal Public Defender
2   SHAWN HALBERT
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone: (510) 637-3500
5
    Counsel for GUZMAN-BAEZ
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR-07-0794 DLJ, 07-0797 DLJ
                                       )
12              Plaintiff,             )   DEFENDANT'S DECLARATION IN
                                       )   SUPPORT OF MOTION TO SUPPRESS
13  vs.                                )   EVIDENCE
                                       )
14  JOSE DE JESUS GUZMAN-BAEZ,         )   Date: April 4, 2008
                                       )   Time: 11:00 a..m.
15              Defendant.             )   Court: Honorable D. Lowell Jensen
    _____   )
16

17      I, Jose de Jesus Guzman-Baez, declare as follows[1]:

18  1.   I am the defendant in the above-referenced cases.

19  2.   On or about July 27, 2007, I was driving with Maria Gamino-Perez, when we were

20       stopped by Coast Guard Security Police.

21  3.   I and Ms. Gamino-Perez were separated during most of the time we were detained.  At

22       first, we were detained in separate cars, and then later, Ms. Gamino-Perez was pulled

23       away from me by an officer when he wanted to talk to her.

24  4.   Ms. Gamino-Perez speaks English, but I neither speak nor understand English.  Officers

25       _____

26          [1]Counsel will file separately a copy of this declaration signed by Mr. Guzman-Baez and
         interpreted by a Spanish-language interpreter.

    GUZMAN-BAEZ MOTION TO SUPPRESS
    No. CR-07-0794 DLJ, 07-0797 DLJ          1

1    tried to talk to me but I could not understand them, which I communicated to them.  No

2    officer spoke fluent Spanish, though one officer spoke some broken Spanish and

3    communicated with me in this broken Spanish.

4    5.    I did not see or hear anything during this incident about Ms. Gamino-Perez's legal work

5          status in the United States.

6    6.    We were released after our detention.

7          I declare that the foregoing is true to the best of my knowledge and recollection.

8

9

10                                          _____

                                            JOSE DE JESUS GUZMAN-BAEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# Exhibit F

**U.S. v. Jose De Jesus Guzman-Baez**
**CR 07-00794 DLJ**

AO 93 (Rev. 5/85) Search Warrant

ORIGINAL
FILED

# United States District Court

NOV X 9 2007

EMC

____NORTHERN____    DISTRICT OF    ____CALIFORNIA____

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WDB

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Pepe's Cabinets
1285 47th Avenue, #A
Oakland, California

**SEARCH WARRANT**

CASE NUMBER:    4 - 0 7 - 7 0 6 4 0

OAKLAND VENUE
[FILED UNDER SEAL]

TO: __U.S. Immigration and Customs Enforcement (ICE)__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Michael Barge__ who has reason to
                                                          Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)  FILED
See Attachment A for description of premises to be searched                    BY COURT ORDER

in the __NORTHERN__ District of __CALIFORNIA__ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment B for the list of items to be seized

which constitutes __evidence of crime, contraband, fruits/crime, items possessed, property designed/used/crime__
(state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rule of Criminal Procedure)
of a criminal violation(s) of Title 8_____ , United States Code, Section(s) __1324 (a) (1) (A) (iii), 1324a (a) (1) (A)__
                                                                              and 1324a (a) (2)

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property
so described is now concealed on the person or premises above-described and establish grounds for the issuance of this
warrant.
YOU ARE HEREBY COMMANDED to search on or before ____11/8/07____
                                                          Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and
making the search (in the daytime—6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause
has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and
receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly
return this warrant to __Edward M. Chen__ as required by law.
                     U.S. Judge or Magistrate Judge

__10/29/07 @ 1:15 pm__                          at __San Francisco, CA__
Date and Time Issued                               City and State

__Edward M. Chen__
Name and Title of Judicial Officer                 Signature of Judicial Officer

203

# Exhibit G

**U.S. v. Jose De Jesus Guzman-Baez**
**CR 07-00794 DLJ**

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3596591

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 3. Investigative Case No. | 4. Enforce No. |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 11/08/2007 | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From Name: Pete's Laurels | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Address: 1235 4th Ave #A Oakland, CA | 12. Remarks | |

Telephone No. ( )    Ext:

13. Send Correspondence to:

### 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Image of Generic 40GB HDD | 8 | | 1 | EA | $ |
| 002 | Image of Maxtor 80GB HDD | | | 1 | EA | $ |
| 003 | Image of Toshiba 60GB HDD | | | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

### 15. Seizing Officer
Print Name: J Cards    X Signature ___    Date: 11/08/07

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1-3 | A. Said Imre | | | |

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3596590

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|

**5. Prior Detention?** Yes ☐ No ☒   If yes, CBP 6051D No. _____

**6. Date Seized (mm/dd/yyyy)** 11/10/2002   **7. Time Seized (Use 24 Hrs)**   **8. FDIN/Misc.**

**9. Seized From:**
Name: Tolls Travels
Address: 1255 47th Ave #1
Oakland, CA

**10. Entry No.**   **11. Seal or Other ID Nos.**

**12. Remarks:**

Telephone No. (  )   Ext:

**13. Send Correspondence to:**

## 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 1 | ID's | | 5 ea | $ |
| 2 | misc documents | | 1 Box | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

**15. Seizing Officer** J Cords   X (signature)   Date 1/10/02

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|

CBP Form 6051S (03/04)

206

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3506592

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2 0 0 8 2 4 0 9 0 0 0 0 4 7 0 1 | 2 0 0 8 0 5 2 0 0 0 9 0 8 0 0 1 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| S F 0 7 P R 0 0 6 0 8 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 11/02/.007 | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: PETE'S Cabinet | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Address: 1285 47th Ave #A Oakland, CA | 12. Remarks: | |
| Telephone No. (   )      Ext: | | |

13. Send Correspondence to:

**14. PROPERTY** ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| one | U.S. Currency | | | | | $ 45,191 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer J. Cords | X (signature) | 11/02/07 |
|---|---|---|
| Print Name | Signature | Date |

**16. ACCEPTANCE / CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Form FOIA Copy                CBP Form 6051S (12/04)

CBP Retains Original

207