U.S. v. Jose De Jesus Guzman-Baez
CR-07-0794 DLJ, CR-07-0797-DLJ

# EXHIBIT H

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▮▮▮▮ |
| | REPORT NUMBER: 007 |

DETAILS OF INVESTIGATION:

In July 2006, the SAC/SF received information from the DHS ICE tip-line that Jose De Jesus GUZMAN-Beaz is employing approximately 20 illegal aliens at PEPE'S in Oakland, CA. The caller identified GUZMAN as an illegal alien who pays his undocumented workforce in cash. Surveillance revealed that an employee at PEPE'S named ▮▮▮▮ lives at the ▮▮▮▮

On December 5, 2006, at approximately 7:00 am, ICE Special Agents (SA) Michael Barge, Michael Ertz, David Moss, Derek Ohlander, and Scott Steward arrived at ▮▮▮▮

At approximately 7:55 am, agents approached ▮▮▮▮ in the apartments parking lot and identified themselves with department credentials. When ▮▮▮▮ admitted that he is illegally present in the United States, he was taken into custody and transported to the SAC/SF Office at 630 Sansome Street, San Francisco, CA.

At approximately 11:15 am, SA Barge and SA Moss interviewed ▮▮▮▮ at 630 Sansome Street, San Francisco, CA. The interview was conducted in Spanish and translated by Investigative Assistant Teresa Alleyne.

During the interview, ▮▮▮▮ said the following:

In 200▮ ▮▮▮▮, a citizen of Mexico, last entered the United States by illegally crossing through the Port of San Luis (Arizona) without being inspected by an Immigration officer.

While working at ▮▮▮▮, a co-worker named ▮▮▮▮ (Last Name Unknown) told ▮▮▮▮ about a business called Pepe's Cabinets that pays $2.00 more per hour than ▮▮▮▮.

In April 2006, ▮▮▮▮ was hired by Jose GUZMAN to work at PEPE'S as a carpenter for $10.00 per hour. ▮▮▮▮ correctly identified GUZMAN from a six-pack photo lineup. Every other Friday, GUZMAN individually calls ▮▮▮▮ into an office and pays him $800 in cash. ▮▮▮▮ does not know how much or in what form, other PEPE'S employees are paid.

▮▮▮▮ did not fill out any paperwork when hired at PEPE'S and explained that the hiring process was "verbal."

▮▮▮▮ was asked if he filled out an I-9 Form (Employment Eligibility Verification) for employment at PEPE'S and was shown a copy of said form. ▮▮▮▮ looked at the I-9 Form and said, "No."

OFFICIAL USE ONLY                    31

THIS ▮▮▮▮ IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF TH▮ ▮▮▮▮TMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCL▮ ▮▮▮ THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO IC▮ ▮▮▮RTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER: ▓▓▓▓▓ |
| | REPORT NUMBER: 007 |

▓▓▓▓▓ never provided anyone at PEPE'S with an identification document. When SA Barge asked if GUZMAN knew that ▓▓▓▓▓ was illegally in the United States when he was hired, ▓▓▓▓▓ said, "I think so because he never asked for any documents."

PEPE'S has eight employees: The owner Jose GUZMAN, two secretaries, and five carpenters including ▓▓▓▓▓. ▓▓▓▓▓ is not sure if anyone else employed at PEPE'S is an illegal alien.

▓▓▓▓▓ believes GUZMAN hires undocumented workers because he can hire them quickly, pay them less, and not provide them with health insurance.

At approximately 1:50 pm, the interview ended.

▓▓▓▓▓ is considered a cooperating individual in the case and was released from ICE custody at approximately 3:00 pm. ▓▓▓▓▓ will continue to provide valuable information regarding Jose GUZMAN and PEPE'S.

The investigation continues.

UNDEVELOPED LEADS: Follow-up with ▓▓▓▓▓ for additional information on PEPE'S and its employees.

OFFICIAL USE ONLY                                                    32
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

U.S. v. Jose De Jesus Guzman-Baez
CR-07-0794 DLJ, CR-07-0797-DLJ

# EXHIBIT I

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | CASE NUMBER ▮▮▮▮ |
| | REPORT NUMBER: 008 |

DETAILS OF INVESTIGATION:

In July 2006, the SAC/SF received information from the DHS ICE tip-line that Jose De Jesus GUZMAN-Beaz is employing approximately 20 illegal aliens at PEPE'S in Oakland, CA. Agents interviewed a PEPE'S employee named ▮▮▮▮ who said his hiring process at PEPE'S was paperless and corroborated that GUZMAN pays his undocumented workforce in cash.

On December 7, 2006, at approximately 2:50 pm, ICE Special Agent Michael Barge called the California Employment Development Department (EDD) and spoke with Dora Sandoval. Sandoval faxed a list of employees that PEPE'S paid during the third quarter (July to September) of 2006: Ana E. Buenrostro, Victor H. Castro, Leopoldo P. Cruz, Fernando J. Gomez, Yeni Lopez, and Francisco Velasco.

At approximately 5:25 pm, ICE Special Agents Michael Barge and Michael Ertz met with ▮▮▮▮ at Starbucks, 8400 Edgewater Drive, Oakland, CA. The interview was conducted in Spanish and translated by Investigative Assistant Teresa Alleyne.

▮▮▮▮ said PEPE'S has employed at least eight workers whose wages were not reported with EDD. ▮▮▮▮ provided a list of current PEPE'S employees and their vehicles:

| NAME | VEHICLE | CA PLATE NUMBER |
|---|---|---|
| Jose De Jesus GUZMAN-Beaz | Blue Chevy Tahoe Z71 | 4LDP317 |
| Leopoldo "Polo" Perez | White Chevy Truck | 5Z03772 |
| Maria Pinedo | Grey SUV | 4PHZ875 |
| Francisco "Picasso" Velasco | Grey Scion 600 | Dealer Plates |

▮▮▮▮ said the remaining five employees walk to work: Guadalupe Last Name Unknown (LNU), Froylan LNU, Marcelino Llamas, Jaime Sandoval, and Marvin Terezon.

▮▮▮▮ presented a valid B1/B2 border-crossing card (Form DSP-150), also called a "laser visa," bearing his name, photo, and fingerprint. The border-crossing card is issued to Mexican citizens allowing them to cross into the United States for up to 72 hours, staying within 25 miles of the border (75 miles near Tucson); and has a no work policy.

The card is an exception to an I-94 (Arrival/Departure Record), which is required if a Mexican citizen will remain in the United States more than 72 hours and/or travel farther than 25 miles inland from the southern border

O F F I C I A L   U S E   O N L Y                           34
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

U.S. v. Jose De Jesus Guzman-Baez
CR-07-0794 DLJ, CR-07-0797-DLJ

# EXHIBIT J

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▮▮▮▮▮▮▮ |
| | REPORT NUMBER: 015 |

DETAILS OF INVESTIGATION:

In July 2006, the SAC/SF received information from the DHS ICE tip-line that Jose De Jesus GUZMAN-Baez is employing approximately 20 illegal aliens at PEPE'S in Oakland, CA. ▮▮▮▮▮▮ said his/her hiring process at PEPE'S was paperless and corroborated that GUZMAN pays his workforce in cash.

On June 12, 2007, at approximately 5:35 pm, ICE Special Agents (SA) Michael Barge and David Moss met ▮▮▮▮▮▮ in the parking lot of Airport Executive Centre, 7677 Oakport Street, Oakland, CA. Investigative Assistant Teresa Alleyne was also present and assisted with Spanish translation.

▮▮▮▮▮▮ said everyone employed at PEPE'S has admitted to being an illegal alien. ▮▮▮▮▮▮ added that it came up in conversation or he asked them directly, how did you come here?

▮▮▮▮▮▮ provided a list of PEPE'S current employees and their approximate age: Guadalupe Gamino (23), Marcelino Llamas (68), Leopoldo Perez (24), Jaime Sandoval (23), Marvin Terezon (24), Froylon Torres (33), Michelle Velasco (23).

▮▮▮▮▮▮ said Llamas and Terezon are from Guatemala and El Salvador respectively while the remaining five employees are from Mexico.

▮▮▮▮▮▮ said Perez drives a white GMC Sierra plate number 5Z03772 (registered to Nasario Mercado or Anita Perez, 437 W Hackett Road, Modesto, CA); Sandoval drives a black Nissan Sentra plate number 2NMD457 (registered to Jose GUZMAN) and Terezon drives a grey Chrysler Minivan plate number 3CKR160 (registered to Sanchez Jaime Sandoval, 2009 Harrington Avenue, Oakland, CA).

▮▮▮▮▮▮ said GUZMAN sold the Chrysler minivan to Terezon a few weeks ago.

▮▮▮▮▮▮ described a typical day at PEPE'S:

> At approximately 8:00 am, Perez unlocks and opens the front door to begin the workday. Perez is in charge when GUZMAN is not around. Perez recently moved into GUZMANS' house and has been renting a room ever since.

> Between 8:30 and 9:00 am, GUZMAN, his wife Maria RAMIRES, and their two children arrive in their white Toyota Camry bearing CA plate 5ZPW609. GUZMAN has not been driving his blue Chevy Tahoe to work lately.

> RAMIRES drops off and picks up the kids at a nearby elementary school (identified through surveillance as Melrose Elementary in Oakland, CA)

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

U.S. v. Jose De Jesus Guzman-Baez
CR-07-0794 DLJ, CR-07-0797-DLJ

# EXHIBIT K

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE    2 |
|---|---|
| | CASE NUMBER ▓▓▓▓▓▓▓ |
| | REPORT NUMBER: 032 |

DETAILS OF INVESTIGATION:

In July 2006, the SAC San Francisco received information from the DHS ICE tip-line that Jose De Jesus GUZMAN-Baez (GUZMAN) is employing approximately 20 illegal aliens at PEPE'S in Oakland, CA. ICE agents executed a search warrant at PEPE'S and all seven employees present admitted to being illegal aliens. GUZMAN'S wife was later located and personally served with a notice to appear, after she admitted to being an illegal alien previously employed at PEPE'S.

On December 18, 2007, ICE Special Agents Michael Barge, James Cords, and Eugene Lee arrived at Melrose Elementary School at 1325 53rd Avenue, Oakland, CA, intending to contact RAMIREZ (DOB 10/06/1972, A094 812 538) after she had dropped off her daughter. Prior efforts to locate RAMIREZ were unsuccessful and there were indications she had moved from her last known address: 3933 Midvale Avenue, Oakland, CA.

At approximately 8:30 am, agents located RAMIREZ' vehicle parked outside the school. After agents approached the vehicle and contacted RAMIREZ, they realized her five-year-old daughter was also in the car.

RAMIREZ and agents then escorted the girl on school grounds to ensure that she was in the care and custody of school officials before departing. Special Agent (SA) Michael Barge told school personnel in the administrative office that RAMIREZ was needed for questioning and would be released later that day before school ended.

Agents then transported RAMIREZ, who is six months pregnant, to the SAC San Francisco at 1500 Broadway Suite 200, Oakland, CA. RAMIREZ was at no point handcuffed and was provided several opportunities to use the restroom and take breaks.

ICE Special Agents Barge and Cords interviewed RAMIREZ and completed a record of deportable alien (I-213). The interview was conducted in Spanish and translated by Investigative Assistant Teresa Alleyne.

During the interview, RAMIREZ said the following:

RAMIREZ is a 35-year-old citizen of Mexico, who last entered the United States near San Ysidro, CA, in May 1995, by walking through the hills without being inspected by an immigration officer. RAMIREZ has one 13-year-old Mexican son and one five-year-old U.S. citizen daughter.

RAMIREZ said she worked at PEPE'S for three to four months as a sander before the business closed. RAMIREZ said she was paid $8.00 per hour by check on the 1st and 15th of every month. RAMIREZ admitted that she has used a fake social

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

U.S. v. Jose De Jesus Guzman-Baez
CR-07-0794 DLJ, CR-07-0797-DLJ

# EXHIBIT L



| Incident Number | 0 | 7 | - | 0 | 9 | 0 | INCIDENT COMPLAINT REPORT - NARRATIVE |

## UNITED STATES COAST GUARD
## INTEGRATED SUPPORT COMMAND - ALAMEDA, CALIFORNIA

**NOTIFICATION:**
On Friday, 27 July 2007, at approximately 1007 Hrs, I, Sergeant Marrow # 105 was dispatched to the main entrance to the ISC / USCG Military installation to cover Spo Bermudez who contacting the driver of a blue colored Chevy Suburban (Ca/ 4LDP317) with expired registration tabs (04/2007).

**INVESTIGATION:**
Upon my arrival on scene I conferred with Bermudez to see if he had determined why the driver (later identified as Jose Guzman-Baez) was operating his vehicle with expired tags. I was advised that Baez stated that he wasn't aware that his tags were in fact expired. After retrieving Baez's drivers license I immediately noticed that the license provided had in fact expired in the year of 1999. I re-contacted Baez to ascertain the status of his driving privilege and was told that all he had was a few parking tickets. In addition I requested to see the passenger's identification as well. I was given a Mexico Matricular Card with the name Maria Guadalupe Gamino-Perez.

A subsequent Department Of Motor Vehicles records check revealed that Baez's driver's license was in fact suspended for multiple failures to appear in person. Baez was then advised to exit the vehicle, where he was placed in hand restraints (Handcuffs) and searched for weapons. Shortly there after Baez was then secured in the rear seat of my fully marked squad car. I contacted our dispatch center via two way radio and requested APD (Alameda Police Department) to respond to my location for assistance.

**DISPOSITION:**
APD officer Mc Mullen# 11 arrived on scene a short period of time later and concluded the same results after checking Baez license status via his M.D.T (Mobile Data Terminal). Officer Mc Mullen advised that he would is Baez a citation for driving on a suspended license and impound the vehicle with a 30-day hold. After being issued the citation Baez and Perez were advised that they would be further detained for possible I.C.E (immigration, Custom and Enforcement) violations.

After Speaking with the I.C.E duty agent via telephone it was concluded in the interest of justice to release Baez and his Female assistant with warnings of trespass.

**DIGITAL PHOTOGRAPHS:**




U.S. v. Jose De Jesus Guzman-Baez
CR-07-0794 DLJ, CR-07-0797-DLJ

# EXHIBIT M

BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for GUZMAN-BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-0794 DLJ, 07-0797 DLJ |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S DECLARATION IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE |
| vs. | ) | |
| JOSE DE JESUS GUZMAN-BAEZ, | ) | Date: April 4, 2008<br>Time: 11:00 a..m. |
| Defendant. | ) | Court: Honorable D. Lowell Jensen |

I, Jose de Jesus Guzman-Baez, declare as follows:

1. I am the defendant in the above-referenced cases.

2. On or about July 27, 2007, I was driving with Maria Gamino-Perez, when we were stopped by Coast Guard Security Police.

3. I and Ms. Gamino-Perez were separated during most of the time we were detained. At first, we were detained in separate cars, and then later, Ms. Gamino-Perez was pulled away from me by an officer when he wanted to talk to her.

4. Ms. Gamino-Perez speaks English, but I neither speak nor understand English. Officers tried to talk to me but I could not understand them, which I communicated to them. No officer spoke fluent Spanish, though one officer spoke some broken Spanish and

GUZMAN-BAEZ MOTION TO SUPPRESS
No. CR-07-0794 DLJ, 07-0797 DLJ           1

    communicated with me in this broken Spanish.

5.     I did not see or hear anything during this incident about Ms. Gamino-Perez's legal work status in the United States.

6.     We were released after our detention.

Dated: March 7, 2008  4/11/08

_____
Jose de Jesús Guzman-Baez

I hereby attest that I have translated the above from English into Spanish for Mr. Guzman-Baez.

Dated: 04/11/08      _____

GUZMAN-BAEZ MOTION TO SUPPRESS
No. CR-07-0794 DLJ, 07-0797 DLJ      2

1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for GUZMAN-BAEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) No. CR-07-0794 DLJ, 07-0797 DLJ
                                    )
12 |           Plaintiff,           ) DEFENDANT'S SUPPLEMENTAL
                                    ) DECLARATION IN SUPPORT OF
13 | vs.                            ) MOTION TO SUPPRESS EVIDENCE
                                    )
14 | JOSE DE JESUS GUZMAN-BAEZ,     ) Date: April 17, 2008
                                    ) Time: 10:00 a.m.
15 |           Defendant.           ) Court: Honorable D. Lowell Jensen
                                    )

16

17

18 I, Jose de Jesus Guzman-Baez, declare as follows:

19 1.   I am the defendant in the above-referenced cases.

20 2.   My lawyer has shown me the new statement (according to Immigration Agent Michael

21      Barge) by Officer Bermudez, from March 27, 2008, in which he states his memory of a

22      conversation with me on July 27, 2007. If this is what Officer Bermudez is saying, it is

23      not true. On July 27, 2007, no one questioned *me* about Ms. Gamino-Perez. In fact,

24      because I do not speak English and Ms. Gamino-Perez does, officers spoke directly to her

25      and she was the person who was answering the officers' questions. The officer did not

26      ask *me* if Ms. Gamino-Perez had any other identification. The officer never said to me

GUZMAN-BAEZ MOTION TO SUPPRESS
No. CR-07-0794 DLJ, 07-0797 DLJ          1

"then you know she's an illegal alien" and I never answered that question.

Dated: April 11, 2008

*[signature]*
Jose de Jesus Guzman-Baez

I hereby attest that I have translated the above from English into Spanish for Mr. Guzman-Baez.

Dated: 04/11/08   *[signature]*

GUZMAN-BAEZ MOTION TO SUPPRESS
No. CR-07-0794 DLJ, 07-0797 DLJ                2