BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500
Shawn_Halbert@fd.org

Counsel for Defendant GUZMAN-BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE DE JESUS GUZMAN-BAEZ,<br><br>Defendant. | Nos. CR 07-0794 DLJ; CR 07-0797 DLJ<br><br>NOTICE OF ARGUMENT RE BAIL<br><br>Date: April 17, 2008<br>Time: 10:00 a.m.<br>Court: Honorable D. Lowell Jensen |

As this Court recalls, Magistrate Vadas previously ordered that Mr. Guzman-Baez be released from U.S. Marshal custody into the custody of the Department of Homeland Security, where he could seek release from immigration custody. The order required a $50,000 bond, to be secured by $25,000 of real property, which was proffered by surety Carlos Fuentes. The government appealed the order of release. On January 24, 2008, days after undersigned counsel became counsel for Mr. Guzman-Baez, this Court indicated that it would need additional information about a stable residence for Mr. Guzman-Baez and his family, as the family was living with friends at that point. The Court also indicated that if it released Mr. Guzman-Baez, it would require that the secured

Notice of Argument on Bail                - 1 -
Nos. CR 07-0794 DLJ; CR 07-0797 DLJ

1  portion of the bond be higher (undersigned counsel's recollection was that the court said $35,000 or
2  $40,000).

3  The defense has not returned to Court since late January on the bail issue because the surety,
4  Mr. Fuentes, encountered financial difficulties that affected the property to be posted. However, the
5  family is prepared to present another surety, Maria Irma Juaregui, who is willing to sign a secured
6  bond in the amount ordered by the Court. The property is 3490 Davis Street, Oakland, and is valued
7  on Zillow.com at $334,000. Ms. Juaregui is self-employed with her husband. She is the godmother
8  of the Guzman-Baez's six-year-old daughter and has known the family for almost a decade. Further,
9  the Guzman-Baez family has found a stable residence as a result of their friendship with Ms.
10 Juaregui, as her son is letting them live (rent-free for the time being) in a residence at 2512 High
11 Street in Oakland. Undersigned counsel has provided Ms. Juaregui's contact information to U.S.
12 Pretrial Services.

13 Mr. Guzman-Baez is not a flight risk. At this point, he has served most of the sentence that
14 would be the low-end of his guidelines range if he were convicted of everything with which he is
15 charged. He is seeking to remain in the United States with his wife and his children, two of whom
16 are U.S. citizens, and fleeing from the United States is the last thing in the world that he wishes to
17 do. It should go without saying that he is not a danger to the community. Mr. Guzman-Baez will
18 present further argument in Court and will answer any questions or concerns that the Court has.
19 Dated: April 15, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

SHAWN HALBERT
Assistant Federal Public Defender

Notice of Argument on Bail                - 2 -
Nos. CR 07-0794 DLJ; CR 07-0797 DLJ