UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/17/08

**Clerk:** Frances Stone                              **[Time:** 10:40am-11:30am
                                                             12:15pm- 1:07pm**]**

**Court Reporter:** Diane Skillman

**Plaintiff:** United States

**v.**                                                        **No.** CR-07-00794-DLJ
                                                                    CR-07-00797-DLJ

**Defendant:** Jose de Jesus Guzman-Baez [present, in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Shawn Halbert

**Interpreter:** Haydee Claus- Spanish Interpreter: 10:40 - 11:30am
                Carole Glasser- Spanish Interpreter: 12:15pm- 1:07pm

**Pretrial Services Officer:** Amelia Berthelsen

| Reason for Hearing: | Ruling: |
|---|---|
| **Def motion for bill of particulars-** | **held and under submission** |
| **Def motion to suppress evidence-** | **held and under submission** |
| Def bail review hearing | -held: the Court stated specific conditions/posting of $40,000 bond to be held before Magistrate Judge- then defendant's release would be allowed. |

**Notes:**  Matter to be referred to Magistrate Judge Wayne Brazil for posting of $40,000 property/bond.

**Case Continued to  5/23/08 at 9:00AM        for  Status/Setting of Motions**

**Case Continued to            for            Trial**

**Excludable Delay: Category: Begins:  4/17/08      Ends: 5/23/08**