# FEDERAL PUBLIC DEFENDER

NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**

*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

April 29, 2008

Honorable Wayne D. Brazil
United States Magistrate Court
1301 Clay Street
Oakland, CA 94612

> Re: <u>United States v. Jose De Jesus Guzman-Baez,</u>
> CR No. 07-0794 DLJ; CR No. 07-0797 DLJ

Your Honor:

I am writing to request that the Court place the above-referenced matter on the duty calendar on Wednesday, April 30, 2008 at 10:00 a.m. so that the bond can be signed pursuant to Judge Jensen's order on April 18, 2008. AUSA Douglas is available on that date.

Please find attached documents that are relevant to the bond signing, as follows:

(1) Advance Title Research Inc.'s Lot Book Guaranty, describing the property in detail and indicating that the title is free and clear and that there are no liens (seven pages);

(2) Quitclaim Deed, dated September 25, 1989 (I do not know if the Court needs this, but I am including it in an abundance of caution);

(3) Zillow.com estimate, valuing said property at $334,000; and

(4) Forms relating to the posting, comprising the Short Form Deed of Trust and Assignment of Rents Securing a Personal Surety Bond to the United States District Court, Obligation and Full Reconveyance (to be fully completed after bond signing).

/ / /

Page 2


The bond will need to be signed both by the proposed surety, Irma Juaregui, as well as her husband Hector Juaregui, who also attended the bail hearing before Judge Jensen, as the property is held in a trust for which Irma and Hector are both trustees.  If the Court has any questions or concerns prior to the hearing on Wednesday, please do not hesitate to contact me. Thank you for your consideration.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender


/S/
SHAWN HALBERT
Assistant Federal Public Defender


Encl.

cc:    Deborah Douglas, U.S. Attorney's Office (w/ encl.)
       Amy Berthelsen, U.S. Pretrial Services (w/ encl.)