

ADVANCE TITLE RESEARCH, INC.

# LOT BOOK GUARANTY

SUBJECT TO THE TERMS AND CONDITIONS OF THIS GUARANTY, ATR, HEREIN CALLED THE COMPANY, HEREBY CERTIFIES, AS OF THE DATE OF THIS REPORT SHOWN IN SCHEDULE A, THE ACCURACY OF THE MATTERS SET FORTH IN SCHEDULE A.

IN WITNESS WHEREOF, THE COMPANY HAS CAUSED THIS GUARANTY TO BE SIGNED AND SEALED BY ITS DULY AUTHORIZED OFFICERS AS OF THE DATE OF THE REPORT SHOWN IN SCHEDULE A.

_C. D. Burke_
SECRETARY

_RC3_
PRESIDENT

# Schedule A

DATE OF REPORT: April 22, 2008       COUNTY OF: Alameda       ORDER NO: 138345

| **Maximum Amount of Liability: Actual Loss Not to exceed: $200.00** | **Premium: $200.00** |
|---|---|

**CLIENT: Maria Irma Jauregui**

A. The latest available equalized assessment roll in the office of the Assessor of said County discloses the following with respect to the land referred herein:

| | | |
|---|---|---|
| Street Address | : | **3490 Davis Street** |
| | | **Oakland, CA** |
| Parcel # | : | **027-0886-015** |
| Land | : | $18,867.00 |
| Improvements | : | $36,130.00 |
| Exemption(s) | : | None Shown |
| Total Taxes | : | $1,404.14 (paid/paid) |

B. The last document in the chain of title to said land as disclosed by the Official Records of said County purporting to convey the fee title to:

**Hector Jauregui and Maria Irma Jauregui, Trustees under Declaration of Trust dated 2002**

C. Subject to any conflicts in boundary lines, or discrepancies that would be revealed by a correct survey, the land referred to in this report is that land located in the County shown above, in the State of California, and is described as follows:

**For legal description see EXHIBIT A attached hereto and made a part hereof.**

D. That an examination of the chain of title to said land as disclosed by such Official Records reveals no mortgages or liens purporting to affect said land, other than those set out below under Exceptions; provided, however, that no liability is assumed with respect to the identity of any party named or referred to in this Schedule, nor with respect to the validity, legal effect or priority of any matter shown as an Exception. No report is made regarding matters affecting the beneficial interest of any mortgage or deed of trust which may be shown herein as exceptions.

Exceptions:

**NONE**

Continued on Page 2

Page 2
Order No. 138345

## EXHIBIT A

### LEGAL DESCRIPTION:

Beginning at a point on the Northeastern line of Davis Street distant thereon Southeasterly 93.99 feet from the point of intersection thereof with the Southeastern line of Bartlett Street, formerly called Lomen Street; and running thence Southeasterly along said line of Davis Street 32 feet; thence Northeasterly along the Southeastern boundary line of Lot 110, according to the Map hereinafter referred to, 64.37 feet; thence Northwesterly along the Northeastern boundary line of said Lot 110 to a point that would be intersected by a line drawn Northeasterly parallel with the said line of Bartlett Street from the point of beginning of said line of Davis Street; and running thence Southwesterly along the line so drawn to the place of the beginning.

Being a portion of Lot 110, "Map of Fruitvale Tract", filed June 21, 1904, Map Book 20, at Page 15, Alameda County Records.

**APN: 027-0886-015**

### END OF REPORT



Description: Alameda, CA Assessor Map 27.886 Page: 1 of 1
Order: bob Comment:

**RECORDING REQUESTED BY:**

Escrow No.:
Locate No.:
Title No.:

**When Recorded Mail Document
and Tax Statement To:**
Hector Jauregui
Maria Irma Jauregui
20026 Austin Lane
Castro Valley, CA 94546

2005514798    12/01/2005 03:00 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    10.00

2    PGS

APN: 7-886-15                                    SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s) n/a
Documentary transfer tax is $n/a
[      ] computed on full value of property conveyed, or
[      ] computed on full value less value of liens or encumbrances remaining at time of sale,
[      ] Unincorporated Area    City of **Oakland**
"This conveyance transfers the grantor's interest into his or her revocable living trust, R & T 11911."

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**   Maria Irma Y. Jauregui, a married woman as her sole and separate property

**hereby GRANT(S) to** Hector Jauregui and Maria Irma Jauregui, Trustees Under Declaration of Trust dated 2002

**the following described real property in the City of Oakland,** County of **Alameda,** State of California:
Legal description described in Exhibit "A" attached hereto and made a part hereof;

Property commonly known as 3490 Davis Street – Oakland, CA

DATED:  November 2, 2005

STATE OF CALIFORNIA
COUNTY OF Alameda
ON ____ 11-28-05 _____ before me,
the undersigned Notary Public____ personally appeared
Maria Irma Y. Jauregui

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature _____

*Maria Irma Y. Jauregui*
Maria Irma Y. Jauregui

CHARLENE ELLEARD
COMM. #1571600
NOTARY PUBLIC-CALIFORNIA
COUNTY OF ALAMEDA
My Comm. Exp. May 9, 2009

## MAIL TAX STATEMENTS AS DIRECTED ABOVE

FD-213 (Rev 7/96)                                    GRANT DEED
(grant)(08-05)

Description: Alameda,CA Document-Year.DocID 2005.514798 Page: 1 of 2
Order: bob Comment:



EXHIBIT "I"

Beginning at a point on the Northeastern line of Davis Street distant thereon
Southeasterly 93.99 feet from the point of intersection thereof with the
Southeastern line of Bartlett Street, formerly called Lomen Street; and running
thence  Southeasterly along said line of Davis Street 32 feet; thence
Northeasterly along the Southeastern boundary line of Lot 110, according to the
Map hereinafter referred to, 64.37 feet; thence Northwesterly along the
Northeastern boundary line of said Lot 110 to a point that would be intersected
by a line drawn Northeasterly parallel with the said line of Bartlett Street
from the point of beginning of said line of Davis Street; and running thence
Southwesterly along the line so drawn to the place of the beginning.

Being a portion of Lot 110, "Map of Fruitvale Tract", filed June 21, 1904, Map
Book 20, at Page 15, Alameda County Records.

Assessors Parcel No. 027-0886-015





Advance Title Research, Inc.
P.O. Box 2345
Castro Valley, CA 94546

# Invoice

| Date | 4/24/2008 |
|------|-----------|
| Invoice # | 22645 |
| Due Date | Upon Receipt |

Bill To:

Maria Irma Jauregui

| Item | Description | Amount |
|------|-------------|--------|
| Lot Book | #138345, Jauregui Trust, 3490 Davis Street, Oakland, CA | 200.00 |

| | |
|---|---|
| **Total** | $200.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$200.00** |

Please make checks payable to Advance Title Research, Inc.
(510) 538-0610

RECORDING REQUESTED BY

FD-13F

80261420

001

MAIL TAX STATEMENT TO

Maria Irma Y. Jauregui
3490 Davis St.
Oakland, CA 94601

WHEN RECORDED MAIL TO

Same as above

Recorded at Request of
Fidelity National Title Co.

At
8:30 A.M.   SEP 25 1989

Official Records of
Alameda County, California
RENE C. DAVIDSON,
COUNTY RECORDER

RECORDER'S USE ONLY

ORDER NO.
ESCROW NO.   202915

# QUITCLAIM DEED

DOCUMENTARY TRANSFER TAX $   NONE-RELEASE OF COMMUNITY PROPERTY RIGHTS BY NON-TITLED
___ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED, OR   SPOUSE
___ COMPUTED ON FULL VALUE LESS LIENS & ENCUMBRANCES
     REMAINING THEREON AT TIME OF SALE.

___ Unincorporated Area    ___ City of ___
Tax Parcel No. ___   7-886-15

HECTOR JAUREGUI, Husband of Maria Irma Y. Jauregui

FOR A VALUABLE CONSIDERATION, HEREBY REMISE RELEASE AND FOREVER OUTCLAIM to

MARIA IRMA Y. JAUREGUI, a married woman as her sole and separate property

the real property in the County of ___ Alameda ___, State of California, described as:

FOR COMPLETE LEGAL DESCRIPTION SEE EXHIBIT "I" ATTACHED HERETO AND MADE A PART HEREOF

THIS DEED IS BEING EXECUTED TO CARRY OUT THE MUTUAL DESIRE OF THE PARTIES HERETO
THAT THE PROPERTY DESCRIBED HEREIN SHALL BE VESTED IN THE GRANTEE HEREIN AS HER
SOLE AND SEPARATE PROPERTY.

Dated:   September 18, 1989

_____
Hector Jauregui

(Individual Acknowledgment)

STATE OF CALIFORNIA
County of ___ Alameda

On this ___ 18 ___ day of ___ September ___, in the year 19 ___ 89 ___, before me, the undersigned, a Notary Public in and for
said County and State, personally appeared ___ Hector Jauregui ___
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person ___ whose name ___ is
subscribed to this instrument and acknowledged that he ___ executed it.

WITNESS my hand and official seal.

_____
Notary Public in and for said County and State.

OFFICIAL SEAL
JO ANN GARVIN
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires June 2, 1991

(Notary Seal)

MAIL TAX STATEMENT AS DIRECTED ABOVE

Order No.  202915

EXHIBIT "I"                                89261420

Beginning at a point on the Northeastern line of Davis Street distant thereon Southeasterly 93.99 feet from the point of intersection thereof with the Southeastern line of Bartlett Street, formerly called Lomen Street; and running thence Southeasterly along said line of Davis Street 32 feet; thence Northeasterly along the Southeastern boundary line of Lot 110, according to the Map hereinafter referred to, 64.37 feet; thence Northwesterly along the Northeastern boundary line of said Lot 110 to a point that would be intersected by a line drawn Northeasterly parallel with the said line of Bartlett Street from the point of beginning of said line of Davis Street; and running thence Southwesterly along the line so drawn to the place of the beginning.

Being a portion of Lot 110, "Map of Fruitvale Tract", filed June 21, 1904, Map Book 20, at Page 15, Alameda County Records.

Assessors Parcel No. 027-0886-015

PAGE NO. 4

Case 4:07-cv-00794-DLJ   Document 47-2   Filed 04/29/2008   Page 10 of 14



2 beds, 1.0 baths, 550 sq ft

Views: 2

Zestimate®: **$334,000**

What's This?

**My Estimate:**

## Bird's Eye View



## Home Info

3490 Davis Street, Oakland, CA

## Public Facts:

Single family
2 beds
1.0 bath
550 sqft
Lot 2,015 sqft
Built in 1918

## Neighborhood & School:

**Neighborhood:**
--

**School District:**
--

## Charts & Data



## ZESTIMATE®: $334,000
Value Range: $220,440 - $350,700
30-day change: -$7,500
*Zestimate updated: 04/14/2008*

## Last sale and tax info

**2007 Property Tax:**
  $1,393

See all charts & data

ATTORNEY OF RECORD

Shawn Halbert
Assistant Federal Public Defender

Richard W. Wieking, Clerk of the US District
Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

WHEN RECORDED MAIL TO:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SHORT FORM DEED OF TRUST AND ASSIGNMENT OR RENTS SECURING
# A PERSONAL SURETY BOND TO THE UNITED STATES DISTRICT COURT

THIS DEED OF TRUST, made this _____ 17th _____ day of _____ April 2008 _____ , between

Maria Irma Y. Jauregui _____ , herein called TRUSTOR,

whose address is _____ 3490 Davis St., Oakland, CA _____
(number and street) _____ (city) _____ (state)

Richard W. Wieking, Clerk of the US District Court for the Northern District of California, herein called TRUSTEE, and Richard W. Wieking, Clerk, United
States District Court for the Northern District of California, herein called BENEFICIARY,

Winnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in
Alameda _____ County, California, described as:

Beginning at a point on the Northeastern line of Davis Street distant thereon Southeasterly 93.99 feet from the point of intersection thereof with the Southeastern
line of Bartlett Street, formerly called Lormen Street, and running thence Southeasterly along said line of Davis Street 32 feet; thence Northeasterly along the
Southeastern boundary line of Lot 110, according to the Map hereinafter referred to, 64.37 feet; thence Northwesterly along the Northeastern boundary line of said
Lot 110 to a point that would be intersected by a line drawn Northeasterly parallel with the said line of Bartlett Street from the point of beginning of said line of Davis
Street; and running thence Southwesterly along the line so drawn to the place of the beginning.
Being a portion of Lot 110, "Map of Fruitvale Tract", filed June 21, 1904, Map Book 20, at Page 15, Alameda County Records.
Assessors Parcel No. 027-0886-015.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by
paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference, or contained herein under the bond(s) posted on behalf of
defendant(s)                                                                                                                      in
Case #  CR-07-0794 DLJ, CR07-0797 DLJ which includes an obligation by said trustor(s) surety(ies) in the amount of $       40,000.         
Jose de Jesus Guzman-Baez
where said property is located, noted below opposite the name of such County, viz:

TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES:  By the execution and delivery of this Deed of Trust and the
note or the Personal Surety Bond secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Napa County, July
10, 1978, and in all other Counties, July 7, 1978, in the book and at the page of Official Records in the office of the County Recorder of the County
where said property is located, noted below opposite the name of such County, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|
| Alameda | RE5477 | IM 148 | Kings | 1122 | 516 | Placer | 1996 | 591 | Sierra | 78 | 652 |
| Alpine | 30 | 374-376 | Lake | 942 | 153 | Plumas | 291 | 291 | Siskiyou | 824 | 414 |
| Amador | 333 | 343 | Lassen | 334 | 458 | Riverside | 1978 | 140181 | Solano | 1978 | 55321 |
| Butte | 2301 | 464 | Los Angeles | 78-738383 | | Sacramento | 78-47-47 | 1144 | Sonoma | 3421 | 802 |
| Calaveras | 475 | 244 | Madera | 1406 | 233 | San Benito | 432 | 18 | Stanislaus | 3074 | 385 |
| Colusa | 461 | 325 | Marin | 3400 | 76 | San Bernardino | 9469 | 1383 | Sutter | 929 | 678 |
| Contra Costa | 8914 | 326 | Mariposa | 185 | 364 | San Diego | 1978 | 78-285214 | Tehama | 755 | 108 |
| Del Norte | 219 | 441 | Mendocino | 1157 | 523 | San Francisco | C601 | 709 | Trinity | 192 | 632 |
| El Dorado | 1649 | 92 | Merced | 2130 | 629 | San Joaquin | 4420 | 184 | Tulare | 2337 | 778 |
| Fresno | 7089 | 711 | Modoc | 255 | 590 | San Luis Obispo | 2084 | 280 | Tuolumne | 539 | 129 |
| Glenn | 631 | 343 | Mono | 246 | 573 | San Mateo | 7759 | 2337 | Ventura | 539 | 129 |
| Humboldt | 1450 | 553 | Monterey | 1257 | 744 | Santa Barbara | 78-30910 | | Yolo | 5158 | 219 |
| Imperial | 1418 | 1234 | Napa | 1088 | 368 | Santa Clara | D797 | 194 | Yuba | 1316 | 148 |
| Inyo | 232 | 93 | Nevada | 963 | 297 | Santa Clara | 2933 | 275 | | 671 | 393 |
| Kern | 5123 | 521 | Orange | 12749 | 728 | Shasta | 1536 | 350 | | | |

Signature of Trustor

_____ CR-07-0794 DLJ, CR07-0797 DLJ _____

(which provisions, identical in all counties, are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof
as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and
parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in the Deed of Trust. The undersigned Trustor
requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

DEED OF TRUST IS EXECUTED SOLELY FOR THE PURPOSE OF POSTING BAIL IN THE CASE OF U.S. v. U.S. v. Jose de Jesus Guzman-Baez ,
DEFENDANT, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, CR. NO.

## OBLIGATION

I, the undersigned, represent (1) that I am the owner of the property pledged in the attached Deed of Trust; (2) the consideration for which said Deed of Trust is pledged as security in the release of defendant        Jose de Jesus Guzman-Baez        on bail, ordered in the amount of $  40,000.00  in United States v.Jose de Jesus Guzman-Baez  , Case Nos. CR07-0794/0797DLJ, U.S. District Court, Northern District of California; (3) in the event bail is eventually exonerated in said matter, said beneficiary of the Deed of Trust is authorized and requested to execute and acknowledge the Substitution of Trustee and Reconveyance document also attached hereto; (4) in the event bail is eventually forfeited for failure to comply with the terms of the bail order, said beneficiary is authorized to request the trustee under the Deed of Trust to proceed with foreclosure under the terms of the Deed of Trust and to submit this document together with the order forfeiting bail and the Deed of Trust as conclusive evidence of default.

Dated: April 17, 2008

WHEN RECORDED MAIL TO:

Maria Irma Y. Jauregui
3490 Davis St.
Oakland, CA 94601

Space Above This Line For Recorder's Use

# FULL RECONVEYANCE

Richard W. Wieking, Clerk, United States District Court for the Northern District of California ,

as trustee under that certain Deed of Trust dated the  17th  day of  April 2008 ,

executed by

Maria Irma Y. Jauregui

as Trustor,

and recorded as instrument number_____ on _____ ,

in Book _____ at Page _____

of Official Records, in the office of the Recorder's of  Alameda  County, California, having been requested in writing, by the holder of the obligations secured by said deed of trust, to reconvey the estate granted to trustee under said deed of trust, DOES HEREBY RECONVEY to the person or persons legally entitled thereto, without warranty, all the estate, title, and interest acquired by trustee under said deed of trust.

Dated:

as Trustee

By _____

Richard W. Wieking, Clerk, US District Court

**ATTACH APPROPRIATE**

**ACKNOWLEDGEMENT**

**HERE**