1 | BARRY J. PORTMAN
Federal Public Defender
2 | SHAWN HALBERT
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for GUZMAN-BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0794 DLJ, 07-0797 DLJ |
| Plaintiff, | DEFENDANT'S SUBMISSION OF AMENDED EXHIBIT I TO MOTION TO SUPPRESS EVIDENCE |
| vs. | |
| JOSE DE JESUS GUZMAN-BAEZ, | Under Submission |
| Defendant. | Court: Honorable D. Lowell Jensen |

This purpose of this filing is to submit an Amended Exhibit I to defendant's Motion to Suppress Evidence, which simply conforms the electronic docket sheet with the evidence already presented to this Court.

Defendant Jose de Jesus Guzman-Baez previously moved this Court for an order suppressing the evidence seized from his business and all other fruits of the search, or, alternatively, granting a *Franks* hearing. The Court has not yet issued an order.

At the motion hearing on April 17, 2008, the defense gave the Court and the government a hard copy of the amended Exhibit I, as the electronically filed copy inadvertently contained only one page of a two-page report. Undersigned counsel referred to the full report, including the second page, in her argument to the Court. It recently came to counsel's attention that she

AMENDED EXHIBIT I
No. CR-07-0794 DLJ, 07-0797 DLJ                1

had not yet electronically filed the amended version of Exhibit I, and thus does so here with this filing.

Dated: May 2, 2008

                              Respectfully submitted,

                              BARRY J. PORTMAN
                              Federal Public Defender

                                      /S/

                              SHAWN HALBERT
                              Assistant Federal Public Defender

AMENDED EXHIBIT I
No. CR-07-0794 DLJ, 07-0797 DLJ                  2