1   BARRY J. PORTMAN
    Federal Public Defender
2   NED SMOCK
    Assistant Federal Public Defender
3   19th Floor Federal Building-Box 36106
    450 Golden Gate Ave.
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700
5
    Counsel for Defendant GUZMAN-BAEZ
6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )    No. CR-07-0794 DLJ
                                     )    No. CR-07-0797 DLJ
11                  Plaintiff,       )
                                     )
12  vs.                              )
                                     )    NOTICE OF SUBSTITUTION OF
13  JOSE DE JESUS GUZMAN-BAEZ,       )    ATTORNEY
                                     )
14                  Defendant.       )
    ─────────────────────────────────)

15
          The Federal Public Defender was previously appointed as counsel for defendant in the
16
    above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),
17
    undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general
18
    appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.
19
    Counsel's contact information is listed above.
20

21  Dated: May 14, 2008
                                     Respectfully submitted,
22
                                     BARRY J. PORTMAN
23                                   Federal Public Defender

24                                          /S/

25                                   NED SMOCK
                                     Assistant Federal Public Defender
26

Notice of Substitution of Attorney            1