UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

v.                                                                No. CR-07-00794-DLJ
                                                                       CR-07-00797-DLJ
**Defendant:** Jose de Jesus Guzman-Baez[present; not in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Ned Smock

**Interpreter:**  Haydee Claus- spanish interpreter

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to**   6/20/08 AT 9:00AM   for   Motion Setting/or Change of Plea

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:
**Case Continued to**                         for Pretrial Conference

**Case Continued to**          for           Trial

**Excludable Delay: Category: Begins:**    5/23/08    **Ends:** 6/20/08

Case 4:07-cr-00794-DLJ   Document 55   Filed 05/23/2008   Page 2 of 2