~~PROPOSED~~ ORDER/COVER SHEET

TO:     Honorable Wayne D. Brazil    **FILED**    RE:    Jose Guzman-Baez
         U.S. Magistrate Court Judge

JUN 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FROM:   Richard W. Wieking, Acting Chief    DOCKET NO.:    CR07-00794 DLJ
           U.S. Pretrial Services Officer

DATE:    June 17, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                             415-436-7508
**U.S. PRETRIAL SERVICES OFFICER**           **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[X] Other Instructions:

*Please do not report violations of less than 15 minutes to me — unless there is a significant pattern of non-compliance.*

_Wayne D. Brazil_                      6-18-08
**JUDICIAL OFFICER**                     **DATE**

Cover Sheet (03/26/08)

cc: WDB's stats copy to parties via ECF, Frances, Pretrial