UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                  **No.** CR-07-00794-DLJ
                                                                        CR-07-00797-DLJ

**Defendant:** Jose de Jesus Guzman-Baez [present; not in custody; spanish int.]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Ned Smock

**Interpreter:**  Haydee Claus- spanish interpreter

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                             -HELD

**Motion Setting/Change of Plea- Not Held**

**Notes:**

**Case Continued to**   7/25/08 at 9:00AM   for  STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                    for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**   6/20/08     **Ends:** 7/25/08