UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: July 25, 2008

**Clerk:** Frances Stone
**Court Reporter:** MARGO GURULE

**Plaintiff:** United States

CR-07-00794-DLJ
**v.**                                                                 **No.** CR-07-00797-DLJ

**Defendant:** Jose de Jesus Guzman-Baez [present; not in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Ned Smock

**Interpreter:** Carole Glasser; Spanish Interpreter

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
STATUS                                          -HELD

**Notes:**

**Case Continued to** 9/5/08 AT 9:00AM    for STATUS OR CHANGE OF PLEA

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**        for        Trial

**Excludable Delay: Category: Begins:** 7/25/08    **Ends:** 9/5/08