~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Court Judge | FILED | **RE:** | Jose Guzman-Baez |
| **FROM:** | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | SEP 1 0 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | **DOCKET NO.:** | CR07-00794 DLJ |
| **DATE:** | September 8, 2008 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                    415-436-7508
**U.S. PRETRIAL SERVICES OFFICER**       **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____

*[signature: Wayne D. Brazil]*    9-10-08
**JUDICIAL OFFICER**       **DATE**

Cover Sheet (03/26/08)

*only to: WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Frances*